Cohen Milstein Sellers & Toll PLLC
Michael Eisenkraft (#6974)
Kenneth M. Rehns (#KR-9822)
88 Pine Street
14th Floor
New York, NY 10005
Telephone:  (212) 838-7797

*Attorneys for Proposed Lead Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
CHRIS BASNETT, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,                              Case No 13 cv 214 (HB)

**DECLARATION IN SUPPORT OF MOTION OF RICHARD D. KOZMA FOR APPOINTMENT AS LEAD PLAINTIFF, APPOINTMENT OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

       Plaintiffs,

  -against-

LONGWEI PETROLEUM HOLDING
LIMITED, CAI YOUNGJUN, JAMES
CRANE, AND MICHAEL TOUPS

       Defendants.

------------------------------------- X
JUN MA, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,                                       Case No 13 cv 229 (JPO)

       Plaintiffs,

  -against-

LONGWEI PETROLEUM HOLDING
LIMITED, CAI YONGJUN, JAMES
CRANE, AND MICHAEL TOUPS

       Defendants.
------------------------------------- X

```
------------------------------------- X
CHARLIE MUNIZ, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS                   Case No 13 cv 278 (HB)
SIMILARLY SITUATED,

            Plaintiffs,

      -against-

LONGWEI PETROLEUM HOLDING
LIMITED, CAI YONGJUN, JAMES
CRANE, AND MICHAEL TOUPS

            Defendants.
------------------------------------- X

PAUL HOWARD, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,                       Case No 13 cv 422 (HB)

            Plaintiffs,

      -against-

LONGWEI PETROLEUM INVESTMENT
HOLDING LIMITED, CAI YONJUN,
JAMES CRANE, AND MICHAEL TOUPS,

            Defendants.
------------------------------------- X
```

## DECLARATION IN SUPPORT OF MOTION OF RICHARD D. KOZMA FOR APPOINTMENT AS LEAD PLAINTIFF, APPOINTMENT OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS

Pursuant to 28 U.S.C. § 1746, I, S. Douglas Bunch, declare as follows:

1.      I am a member in good standing of the New York bar and I am admitted to practice in this District. I submit this declaration in support of the motion filed by Richard D. Kozma ("Movant") to: (1) appoint Movant as Lead Plaintiff; (2) appoint Lead Counsel for the class; and (3) consolidate all pending related actions.

2.      Attached as exhibits hereto are true and correct copies of the following:

2

Exhibit A:   Notice of filing of a complaint to purchasers of securities of Longwei Petroleum Investment Holding Company, dated January 4, 2013;

Exhibit B:   Certification, Transaction History, and Loss Calculation of Movant

Exhibit C:   Firm Biography of Cohen Milstein Sellers & Toll PLLC; and

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: March 5, 2013                                  /s/ S. Douglas Bunch
                                                                    S. Douglas Bunch  (SB-3028)