# EXHIBIT A

*Source: The Rosen Law Firm PA PC*
*January 04, 2013 23:30*

# The Rosen Law Firm Files Securities Fraud Class Action Against Longwei Petroleum Investment Holding Limited to Recover Investors' Losses -- LPH

NEW YORK, Jan. 4, 2013 (GLOBE NEWSWIRE) -- The Rosen Law Firm today announced that it has filed a class action lawsuit on behalf of all purchasers of common stock of Longwei Petroleum Investment Holding Limited (NYSE MKT:LPH) between May 17, 2010 and January 3, 2013, inclusive (the "Class Period").

To join the Longwei class action, visit the firm's website at http://rosenlegal.com, or call Phillip Kim, Esq. or Jonathan Horne, Esq., toll-free, at 866-767-3653; you may also email pkim@rosenlegal.com or jhorne@rosenlegal.com. The action filed by the firm is pending in the U.S. District Court for the Central District of California.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY CHOOSE TO DO NOTHING AT THIS POINT AND REMAIN AN ABSENT CLASS MEMBER.

The Complaint asserts violations of the federal securities laws against Longwei and certain if its officers and directors for issuing materially false and misleading financial information. The lawsuit asserts that Longwei: (a) failed to disclose a material related party investment in a tourism business involving CEO Cai; (b) concealed that CEO Cai was a minority owner of Longwei's subsidiaries; (c) Longwei's wholesale fuel sales were vastly exaggerated.

On January 3, 2013, investment analyst Geoinvesting.com published a report revealing these adverse facts and other red-flags of potential fraud, including Longwei's connection to another notorious PRC fraud involving Puda Coal, Inc.—a case where the Rosen Law Firm is currently serving as co-lead counsel for investors. Geoinvesting's public disclosure of fraud at Longwei caused Longwei's stock to fall more than 70% on January 3, 2013. Since the announcement, trading in Longwei stock has been halted.

If you wish to serve as lead plaintiff, you must move the Court no later than March 5, 2013. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of The Rosen Law Firm, toll-free, at 866-767-3653, or via e-mail at pkim@rosenlegal.com. You may also visit the firm's website at http://rosenlegal.com.

The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation.

```
The Rosen Law Firm P.A.
Laurence Rosen, Esq.
Phillip Kim, Esq.
275 Madison Avenue 34th Floor
```

```
New York, New York 10016
Tel: (212) 686-1060
Weekends Tel: (917) 562-8616
Toll Free: 1-866-767-3653
Fax: (212) 202-3827
```

www.rosenlegal.com

Retrieved from "http://globenewswire.com/news-release/2013/01/05/514762/10017169/en/The-Rosen-Law-Firm-Files-Securities-Fraud-Class-Action-Against-Longwei-Petroleum-Investment-Holding-Limited-to-Recover-Investors-Losses-LPH.html"