# EXHIBIT B

CERTIFICATION OF PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

I, _Richard D. Kozma_, ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a class action complaint asserting securities claims against Longwei Petroleum Investment Holding Limited ("Longwei" or the "Company") (NYSE: LPH), and wish to join as a plaintiff retaining Cohen Milstein Sellers & Toll PLLC as my counsel.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transactions in Longwei Petroleum Investment Holding Limited ("Longwei" or the "Company") (NYSE: LPH) during the Class Period of May 17, 2010 through January 3, 2013, were as follows:

| DATE | TRANSACTION (buy/sell) | NO. OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| 02-15-2012 | Buy | 15,000 | 1.54 |
| 02-17-2012 | Buy | 10,000 | 1.61 |
| 04-30-2012 | Buy | 10,000 | 1.58 |
| 05-07-2012 | Sell | 25,000 | 1.38 |
| 05-07-2012 | Buy | 25,000 | 1.44 |
| 06-01-2012 | Sell | 35,000 | 1.03 |
| 06-01-2012 | Buy | 30,000 | 1.18 |
| 07-12-2012 | Sell | 30,000 | 1.31 |
| 08-27-2012 | Buy | 40,000 | 1.44 |
| 11-30-2012 | Sell | 40,000 | 2.35 |
| 12-03-2012 | Buy | 35,000 | 2.68 |
| 01-03-2013 | Sell | 35,000 | 1.15 |

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in any action under the federal securities laws except as follows:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing true and correct.

Executed this 28th Day of January 2013.

_Richard D. Kozma_

1677043.1

Richard D. Kozma
Name (Please Print)

_____
Address

Plainfield, In. 46168

Hendricks
County

(317) 839-7358
Phone

tkozma@att.net
Email address

Are you a current or former employee of the company?    Yes    (No)
(Circle one)

If yes, please circle if current or former employee.    Current    Former

2

Transactions for Rollover IRA XXXX                                              Page 1 of 6

# charles SCHWAB                                           Print This Page    Close

Accounts> History for            as of 01/27/13 12:09 PM EST

| Rollover IRA XXXX | | All Dates. | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Action | Quantity | Symbol | Description | Price | Amount | Fees & Comm |
| 01/03/2013 | Sell | 30,500 | LPH | LONGWEI PETE INVT HLDG | $1.15 | $35,066.41 | $8.59 |
| 01/03/2013 | Sell | 2,100 | LPH | LONGWEI PETE INVT HLDG | $1.151 | $2,416.51 | $0.59 |
| 01/03/2013 | Sell | 400L | PH | LONGWEI PETE INVT HLDG | $1.15 | $459.89 | $0.11 |
| 01/03/2013 | Sell | 2,000 | LPH | LONGWEI PETE INVT HLDG | $1.16 | $2,319.44 | $0.56 |
| 12/03/2012 | Buy | 13,000 | LPH | LONGWEI PETE INVT HLDG | $2.82 | $36,667.75 | $7.75 |
| 12/03/2012 | Buy | 500L | PH | LONGWEI PETE INVT HLDG | $2.81 | -$1,405.30 | $0.30 |
| 12/03/2012 | Buy | 1,500 | LPH | LONGWEI PETE INVT HLDG | $2.819 | -$4,229.40 | $0.90 |
| 12/03/2012 | Buy | 20,000 | LPH | LONGWEI PETE INVT HLDG | $2.57 | $51,408.95 | $8.95 |
| 11/30/2012 | Sell | 22,400 | LPH | LONGWEI PETE INVT HLDG | $2.34 | $52,409.82 | $6.18 |
| 11/30/2012 | Sell | 2,710 | LPH | LONGWEI PETE INVT HLDG | $2.341 | $6,343.36 | $0.75 |
| 11/30/2012 | Sell | 9,900 | LPH | LONGWEI PETE INVT HLDG | $2.35 | $23,262.26 | $2.74 |
| 11/30/2012 | Sell | 890L | PH | LONGWEI PETE INVT HLDG | $2.36 | $2,100.15 | $0.25 |
| 11/30/2012 | Sell | 1,000 | LPH | LONGWEI PETE INVT HLDG | $2.37 | $2,369.73 | $0.27 |
| 11/30/2012 | Sell | 100L | PH | LONGWEI PETE INVT HLDG | $2.3705 | $237.02 | $0.03 |
| 11/30/2012 | Sell | 2,900 | LPH | | $2.38 | $6,901.20 | $0.80 |

| Date | Action | Quantity | Symbol | Description | Price | Amount | Fee |
|---|---|---|---|---|---|---|---|
| 11/30/2012 | Sell | 100L | PH | LONGWEI PETE INVT HLDG | $2.381 | $238.07 | $0.03 |
| 08/27/2012 | Buy | 5,573 | LPH | LONGWEI PETE INVT HLDG | $1.46 | -$8,137.82 | $1.24 |
| 08/27/2012 | Buy | 14,887 | LPH | LONGWEI PETE INVT HLDG | $1.45 | -$21,589.48 | $3.33 |
| 08/27/2012 | Buy | 11,780 | LPH | LONGWEI PETE INVT HLDG | $1.44 | -$16,965.84 | $2.64 |
| 08/27/2012 | Buy | 7,760 | LPH | LONGWEI PETE INVT HLDG | $1.43 | -$11,098.54 | $1.74 |
| 07/12/2012 | Sell | 17,200 | LPH | LONGWEI PETE INVT HLDG | $1.30 | $22,354.38 | $5.62 |
| 07/12/2012 | Sell | 100L | PH | LONGWEI PETE INVT HLDG | $1.31 | $130.97 | $0.03 |
| 07/12/2012 | Sell | 500L | PH | LONGWEI PETE INVT HLDG | $1.30 | $649.84 | $0.16 |
| 07/12/2012 | Sell | 8,100 | LPH | LONGWEI PETE INVT HLDG | $1.32 | $10,689.34 | $2.66 |
| 07/12/2012 | Sell | 1,000 | LPH | LONGWEI PETE INVT HLDG | $1.31 | $1,309.67 | $0.33 |
| 07/12/2012 | Sell | 1,100 | LPH | LONGWEI PETE INVT HLDG | $1.32 | $1,451.64 | $0.36 |
| 07/12/2012 | Sell | 2,000 | LPH | LONGWEI PETE INVT HLDG | $1.33 | $2,659.34 | $0.66 |
| 06/01/2012 | Buy | 13,800 | LPH | LONGWEI PETE INVT HLDG | $1.20 | -$16,564.12 | $4.12 |
| 06/01/2012 | Buy | 4,000 | LPH | LONGWEI PETE INVT HLDG | $1.199 | -$4,797.19 | $1.19 |
| 06/01/2012 | Buy | 100L | PH | LONGWEI PETE INVT HLDG | $1.16 | -$116.03 | $0.03 |
| 06/01/2012 | Buy | 700L | PH | LONGWEI PETE INVT HLDG | $1.13 | -$791.21 | $0.21 |
| 06/01/2012 | Buy | 3,900 | LPH | LONGWEI PETE INVT HLDG | $1.199 | -$4,877.26 | $1.16 |

| Date | Action | Quantity | Symbol | Description | Price | Amount | Fee |
|---|---|---|---|---|---|---|---|
| 06/01/2012 | Buy | 300L | PH | LONGWEI PETE INVT HLDG | $1.13 | -$339.09 | $0.09 |
| 06/01/2012 | Buy | 800L | PH | LONGWEI PETE INVT HLDG | $1.129 | -$903.44 | $0.24 |
| 06/01/2012 | Buy | 100L | PH | LONGWEI PETE INVT HLDG | $1.1297 | -$113.00 | $0.03 |
| 06/01/2012 | Buy | 6,200 | LPH | LONGWEI PETE INVT HLDG | $1.129 | -$7,001.65 | $1.85 |
| 06/01/2012 | Buy | 100L | PH | LONGWEI PETE INVT HLDG | $1.11 | -$111.03 | $0.03 |
| 06/01/2012 | Sell | 100L | PH | LONGWEI PETE INVT HLDG | $1.03 | $102.97 | $0.03 |
| 06/01/2012 | Sell | 1,420 | LPH | LONGWEI PETE INVT HLDG | $1.031 | $1,463.63 | $0.39 |
| 06/01/2012 | Sell | 6,400 | LPH | LONGWEI PETE INVT HLDG | $1.03 | $6,590.21 | $1.79 |
| 06/01/2012 | Sell | 1,000 | LPH | LONGWEI PETE INVT HLDG | $1.031 | $1,030.72 | $0.28 |
| 06/01/2012 | Sell | 100L | PH | LONGWEI PETE INVT HLDG | $1.03 | $102.97 | $0.03 |
| 06/01/2012 | Sell | 3,500 | LPH | LONGWEI PETE INVT HLDG | $1.01 | $3,534.02 | $0.98 |
| 06/01/2012 | Sell | 8,804 | LPH | LONGWEI PETE INVT HLDG | $1.021 | $8,986.46 | $2.42 |
| 06/01/2012 | Sell | 190L | PH | LONGWEI PETE INVT HLDG | $1.02 | $193.75 | $0.05 |
| 06/01/2012 | Sell | 100L | PH | LONGWEI PETE INVT HLDG | $1.03 | $102.97 | $0.03 |
| 06/01/2012 | Sell | 1,690 | LPH | LONGWEI PETE INVT HLDG | $1.01 | $1,706.43 | $0.47 |
| 06/01/2012 | Sell | 200L | PH | LONGWEI PETE INVT HLDG | $1.02 | $203.95 | $0.05 |
| 06/01/2012 | Sell | 100L | PH | LONGWEI PETE INVT HLDG | $1.03 | $102.97 | $0.03 |
| 06/01/2012 | Sell | 400L | PH |  | $1.03 | $411.89 | $0.11 |

| Date | Action | Quantity | Symbol | Description | Price | Amount | Fee |
|---|---|---|---|---|---|---|---|
| | | | | LONGWEI PETE INVT HLDG | | | |
| 06/01/2012 | Sell | 100L | PH | LONGWEI PETE INVT HLDG | $1.02 | $101.97 | $0.03 |
| 06/01/2012 | Sell | 900L | PH | LONGWEI PETE INVT HLDG | $1.03 | $926.75 | $0.25 |
| 06/01/2012 | Sell | 100L | PH | LONGWEI PETE INVT HLDG | $1.10 | $109.97 | $0.03 |
| 06/01/2012 | Sell | 8,700 | LPH | LONGWEI PETE INVT HLDG | $1.031 | $8,967.28 | $2.42 |
| 06/01/2012 | Sell | 100L | PH | LONGWEI PETE INVT HLDG | $1.04 | $103.97 | $0.03 |
| 06/01/2012 | Sell | 1,096 | LPH | LONGWEI PETE INVT HLDG | $1.12 | $1,227.21 | $0.31 |
| 05/07/2012 | Buy | 13,400 | LPH | LONGWEI PETE INVT HLDG | $1.4573 | -$19,532.58 | $4.76 |
| 05/07/2012 | Buy | 100L | PH | LONGWEI PETE INVT HLDG | $1.44 | -$144.04 | $0.04 |
| 05/07/2012 | Buy | 200L | PH | LONGWEI PETE INVT HLDG | $1.43 | -$286.07 | $0.07 |
| 05/07/2012 | Buy | 300L | PH | LONGWEI PETE INVT HLDG | $1.44 | -$432.11 | $0.11 |
| 05/07/2012 | Buy | 100L | PH | LONGWEI PETE INVT HLDG | $1.43 | -$143.04 | $0.04 |
| 05/07/2012 | Buy | 3,100 | LPH | LONGWEI PETE INVT HLDG | $1.429 | -$4,431.01 | $1.11 |
| 05/07/2012 | Buy | 100L | PH | LONGWEI PETE INVT HLDG | $1.44 | -$144.04 | $0.04 |
| 05/07/2012 | Buy | 800L | PH | LONGWEI PETE INVT HLDG | $1.43 | -$1,144.29 | $0.29 |
| 05/07/2012 | Buy | 100L | PH | LONGWEI PETE INVT HLDG | $1.41 | -$141.04 | $0.04 |
| 05/07/2012 | Buy | 2,700 | LPH | LONGWEI PETE INVT HLDG | $1.429 | -$3,859.27 | $0.97 |
| 05/07/2012 | Buy | 300L | PH | LONGWEI PETE INVT HLDG | $1.43 | -$429.11 | $0.11 |

| Date | Action | Quantity | Symbol | Description | Price | Amount | Fee |
|---|---|---|---|---|---|---|---|
| 05/07/2012 | Buy | 2,500 | LPH | LONGWEI PETE INVT HLDG | $1.41 | -$3,525.90 | $0.90 |
| 05/07/2012 | Buy | 100L | PH | LONGWEI PETE INVT HLDG | $1.40 | -$140.04 | $0.04 |
| 05/07/2012 | Buy | 100L | PH | LONGWEI PETE INVT HLDG | $1.41 | -$141.04 | $0.04 |
| 05/07/2012 | Buy | 150L | PH | LONGWEI PETE INVT HLDG | $1.40 | -$210.05 | $0.05 |
| 05/07/2012 | Buy | 750L | PH | LONGWEI PETE INVT HLDG | $1.39 | -$1,042.77 | $0.27 |
| 05/07/2012 | Buy | 200L | PH | LONGWEI PETE INVT HLDG | $1.389 | -$277.87 | $0.07 |
| 05/07/2012 | Sell | 8,259 | LPH | LONGWEI PETE INVT HLDG | $1.36 | $11,229.03 | $3.21 |
| 05/07/2012 | Sell | 2,000 | LPH | LONGWEI PETE INVT HLDG | $1.37 | $2,739.22 | $0.78 |
| 05/07/2012 | Sell | 2,500 | LPH | LONGWEI PETE INVT HLDG | $1.38 | $3,449.02 | $0.98 |
| 05/07/2012 | Sell | 12,241 | LPH | LONGWEI PETE INVT HLDG | $1.40 | $17,132.65 | $4.75 |
| 04/30/2012 | Buy | 10,000 | LPH | LONGWEI PETE INVT HLDG | $1.58 | -$15,808.95 | $8.95 |
| 02/17/2012 | Buy | 10,000 | LPH | LONGWEI PETE INVT HLDG | $1.61 | -$16,108.95 | $8.95 |
| 02/15/2012 | Buy | 12,749 | LPH | LONGWEI PETE INVT HLDG | $1.54 | -$19,641.06 | $7.60 |
| 02/15/2012 | Buy | 100L | PH | LONGWEI PETE INVT HLDG | $1.52 | -$152.06 | $0.06 |
| 02/15/2012 | Buy | 651L | PH | LONGWEI PETE INVT HLDG | $1.53 | -$996.42 | $0.39 |
| 02/15/2012 | Buy | 200L | PH | LONGWEI PETE INVT HLDG | $1.54 | -$308.12 | $0.12 |
| 02/15/2012 | Buy | 100L | PH | LONGWEI PETE INVT HLDG | $1.52 | -$152.06 | $0.06 |
| 02/15/2012 | Buy | 100L | PH | | $1.53 | -$153.06 | $0.06 |

Transactions for Rollover IRA XXXX-                                       Page 6 of 6

| Date | Action | Quantity | Symbol | Description | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | LONGWEI PETE INVT HLDG | | | |
| 02/15/2012 | Buy | 1,100 | LPH | LONGWEI PETE INVT HLDG | $1.52 | -$1,672.66 | $0.66 |

1. Transactions may include bank sweep account information. Bank Sweep and Insured Bank Network accounts are held at the [FDIC-insured] depository institution(s) referenced on the Balances detail page, your account statements and disclosed in your account documents. SIPC does not cover balances held at Sweep Banks in the Bank Sweep feature or the Insured Bank Network feature.

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: XXXX-
Today's Date: 12:09 PM ET, 01/27/2013

Charles Schwab & Co., Inc., Charles Schwab Bank, and optionsXpress, Inc. are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Brokerage products are offered by Charles Schwab & Co., Inc. (Member SIPC ) ("Schwab") and optionsXpress, Inc. (Member SIPC ) ("optionsXpress"). Deposit and lending products and services are offered by Charles Schwab Bank, Member FDIC and an Equal Housing Lender ("Schwab Bank").

Bank sweep accounts are generally held at Charles Schwab Bank. Funds deposited at Schwab Bank are insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000 when aggregated with all other deposits held by you in the same capacity at Schwab Bank. Funds on deposit at Schwab Bank are not deposits or obligations of Charles Schwab & Co., Inc. and may not be covered by the Securities Investor Protection Corporation (SIPC ). NOTE: Funds deposited at an FDIC insured institution are insured, in aggregate, up to $250,000 per depositor, per insured institution based upon account type by the Federal Deposit Insurance Corporation (FDIC)

© 2013 Charles Schwab & Co., Inc. All rights reserved. Unauthorized access is prohibited. Usage will be monitored.

UFO

| Trade Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Class Period Net Holdings | Cost | | Proceeds | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/15/2012 | Purchase | 12749 | 1.54 | 12749 | 0 | 0 | 12749 | $ | 19,633.46 | | | Total Class Period Purchases: | 165,000.00 |
| 2/15/2012 | Purchase | 100 | 1.52 | 100 | 0 | 0 | 12849 | $ | 152.00 | | | Total Class Period Sales: | -165000 |
| 2/15/2012 | Purchase | 651 | 1.53 | 651 | 0 | 0 | 13500 | $ | 996.03 | | | Total Sales on Class Period Purchases: | -165000 |
| 2/15/2012 | Purchase | 200 | 1.54 | 200 | 0 | 0 | 13700 | $ | 308.00 | | | Total Class Period Shares Retained: | 0 |
| 2/15/2012 | Purchase | 100 | 1.52 | 100 | 0 | 0 | 13800 | $ | 152.00 | | | | |
| 2/15/2012 | Purchase | 100 | 1.53 | 100 | 0 | 0 | 13900 | $ | 153.00 | | | | |
| 2/15/2012 | Purchase | 1100 | 1.52 | 1100 | 0 | 0 | 15000 | $ | 1,672.00 | | | Total Purchases: | $ 277,863.11 |
| 2/17/2012 | Purchase | 10000 | 1.61 | 10000 | 0 | 0 | 25000 | $ | 16,100.00 | | | Total Sales Proceeds: | $ (243,939.22) |
| 4/30/2012 | Purchase | 10000 | 1.58 | 10000 | 0 | 0 | 35000 | $ | 15,800.00 | | | | |
| 5/7/2012 | Purchase | 13400 | 1.4573 | 13400 | 0 | 0 | 48400 | $ | 19,527.82 | | | Total Loss: | $ 33,923.89 |
| 5/7/2012 | Purchase | 100 | 1.44 | 100 | 0 | 0 | 48500 | $ | 144.00 | | | | |
| 5/7/2012 | Purchase | 200 | 1.43 | 200 | 0 | 0 | 48700 | $ | 286.00 | | | | |
| 5/7/2012 | Purchase | 300 | 1.44 | 300 | 0 | 0 | 49000 | $ | 432.00 | | | | |
| 5/7/2012 | Purchase | 100 | 1.43 | 100 | 0 | 0 | 49100 | $ | 143.00 | | | | |
| 5/7/2012 | Purchase | 3100 | 1.429 | 3100 | 0 | 0 | 52200 | $ | 4,429.90 | | | | |
| 5/7/2012 | Purchase | 100 | 1.44 | 100 | 0 | 0 | 52300 | $ | 144.00 | | | | |
| 5/7/2012 | Purchase | 800 | 1.43 | 800 | 0 | 0 | 53100 | $ | 1,144.00 | | | | |
| 5/7/2012 | Purchase | 100 | 1.41 | 100 | 0 | 0 | 53200 | $ | 141.00 | | | | |
| 5/7/2012 | Purchase | 2700 | 1.429 | 2700 | 0 | 0 | 55900 | $ | 3,858.30 | | | | |
| 5/7/2012 | Purchase | 300 | 1.43 | 300 | 0 | 0 | 56200 | $ | 429.00 | | | | |
| 5/7/2012 | Purchase | 2500 | 1.41 | 2500 | 0 | 0 | 58700 | $ | 3,525.00 | | | | |
| 5/7/2012 | Purchase | 100 | 1.4 | 100 | 0 | 0 | 58800 | $ | 140.00 | | | | |
| 5/7/2012 | Purchase | 100 | 1.41 | 100 | 0 | 0 | 58900 | $ | 141.00 | | | | |
| 5/7/2012 | Purchase | 150 | 1.4 | 150 | 0 | 0 | 59050 | $ | 210.00 | | | | |
| 5/7/2012 | Purchase | 750 | 1.39 | 750 | 0 | 0 | 59800 | $ | 1,042.50 | | | | |
| 5/7/2012 | Purchase | 200 | 1.389 | 200 | 0 | 0 | 60000 | $ | 277.80 | | | | |
| 5/7/2012 | Sale | 8259 | 1.36 | 0 | -8259 | -8259 | 51741 | | | $ | (11,232.24) | | |
| 5/7/2012 | Sale | 2000 | 1.37 | 0 | -2000 | -2000 | 49741 | | | $ | (2,740.00) | | |
| 5/7/2012 | Sale | 2500 | 1.38 | 0 | -2500 | -2500 | 47241 | | | $ | (3,450.00) | | |
| 5/7/2012 | Sale | 12241 | 1.4 | 0 | -12241 | -12241 | 35000 | | | $ | (17,137.40) | | |
| 6/1/2012 | Purchase | 13800 | 1.2 | 13800 | 0 | 0 | 48800 | $ | 16,560.00 | | | | |
| 6/1/2012 | Purchase | 4000 | 1.199 | 4000 | 0 | 0 | 52800 | $ | 4,796.00 | | | | |
| 6/1/2012 | Purchase | 100 | 1.16 | 100 | 0 | 0 | 52900 | $ | 116.00 | | | | |
| 6/12/2012 | Purchase | 700 | 1.13 | 700 | 0 | 0 | 53600 | $ | 791.00 | | | | |