UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRIS BASNETT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LONGWEI PETROLEUM INVESTMENT HOLDING LIMITED, CAI YONGJUN, JAMES CRANE and MICHAEL TOUPS,<br><br>　　　　　　　Defendants. | No. 1:13-cv-00214-HB<br><br>ECF Case |
| JUNE MA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LONGWEI PETROLEUM INVESTMENT HOLDING LIMITED, YONGJUN CAI, JAMES CRANE and MICHAEL TOUPS,<br><br>　　　　　　　Defendants. | No. 1:13-cv-00229-JPO<br><br>ECF Case |
| CHARLIE MUNIZ, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LONGWEI PETROLEUM INVESTMENT HOLDING LIMITED, YONGJUN CAI, MICHAEL TOUPS and JAMES CRANE,<br><br>　　　　　　　Defendants. | No. 1:13-cv-00278-UA<br><br>ECF Case |

*[Captions Continue on Following Page]*

**NOTICE OF WITHDRAWAL OF MOTION OF MARCIN KOLAKOWSKI AND MALKIT SAPPAL FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

| | |
|---|---|
| PAUL HOWARD, On Behalf Of Himself And All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>LONGWEI PETROLEUM INVESTMENT HOLDING LIMITED,  CAI YONGJUN, MICHAEL TOUPS and JAMES CRANE,<br><br>　　　　　　　　　　Defendants. | No. 1:13-cv-00422-UA<br><br>ECF Case |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

　　　　PLEASE TAKE NOTICE that lead plaintiff movants Marcin Kolakowski and Malkit Sappal hereby withdraw their Notice of Motion and Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Counsel, filed on March 5, 2013.   After reviewing the competing motions, Kolakowski and Sappal recognize that their losses are less than the losses claimed by the Longwei Investor Group, but remain ready, willing, and able to serve as Lead Plaintiffs should the Court decline to appoint another movant.  This Withdrawal shall have no effect upon Kolakowski and Sappal's rights as members of the proposed class, including, but not limited to, the right to share in any recovery from the resolution of these actions through settlement, judgment, or otherwise.


DATED: March 22, 2013　　　　　　GLANCY BINKOW & GOLDBERG LLP

　　　　　　　　　　　　　　　　　By: _s/ Gregory B. Linkh_____
　　　　　　　　　　　　　　　　　Gregory B. Linkh (GL0477)
　　　　　　　　　　　　　　　　　77 Water Street, 7th Floor, Suite 720
　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　Telephone: (646) 722-4180
　　　　　　　　　　　　　　　　　Facsimile: (310) 201-9160
　　　　　　　　　　　　　　　　　Email: glinkh@glancylaw.com

-and-

GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy
Michael Goldberg
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Proposed Lead Counsel*

## **CERTIFICATE OF SERVICE**

      I, Gregory B. Linkh, hereby certify that on this day I caused a copy of the foregoing document to be served on all counsel of record in this proceeding via CM/ECF.

Dated: March 22, 2013            By:  /s/ Gregory B. Linkh
                                                                       Gregory B. Linkh