UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRIS BASNETT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> LONGWEI PETROLEUM INVESTMENT HOLDING LIMITED, CAI YOUNGJUN, JAMES CRANE, AND MICHAEL TOUPS, <br><br> Defendants. | Electronically Filed <br><br> Civil Action 1:13-cv-00214-HB <br><br> Judge Harold Baer |
| JUNE MA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> LONGWEI PETROLEUM INVESTMENT HOLDING LIMITED, CAI YOUNGJUN, JAMES CRANE, AND MICHAEL TOUPS, <br><br> Defendants. | Electronically Filed <br><br> Civil Action 1:13-cv-00229-JPO <br><br> Judge John Paul Oetken |
| CHARLIE MUNIZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> LONGWEI PETROLEUM INVESTMENT HOLDING LIMITED, CAI YOUNGJUN, JAMES CRANE, AND MICHAEL TOUPS, <br><br> Defendants. | Electronically Filed <br><br> Civil Action 1:13-cv-00278-HB <br><br> Judge Harold Baer |

**NOTICE OF DONALD PRITT AND VOLKER PIASTA'S
NON-OPPOSITION TO COMPETING MOTIONS**

| | |
|---|---|
| PAUL HOWARD, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>  vs.<br><br>LONGWEI PETROLEUM INVESTMENT HOLDING LIMITED, CAI YOUNGJUN, JAMES CRANE, AND MICHAEL TOUPS,<br><br>                      Defendants. | Electronically Filed<br><br>Civil Action 1:13-cv-00422-HB<br><br>Judge Harold Baer |

**PLEASE TAKE NOTICE** that class members Donald Pritt and Volker Piasta ("Movants"), by their counsel, hereby state that as it appears that they do not have the largest financial interest in these actions, they do not oppose the competing motions for consolidation, appointment as lead plaintiff, and approval of lead counsel.  Should a movant, or movants, with a greater financial interest be unable to serve for any reason, Movants stand ready, willing, and able to serve as lead plaintiffs.

Dated: April 23, 2013					Respectfully submitted,

						**BERNSTEIN LIEBHARD LLP**

						/s/
						_____
						Sandy A. Liebhard (liebhard@bernlieb.com)
						Joseph R. Seidman, Jr. (seidman@bernlieb.com)
						10 East 40th Street, 22nd Floor
						New York, NY 10016
						Telephone: (212) 779-1414
						Facsimile: (212) 779-3218

						**Attorneys for Movants**

## CERTIFICATE OF SERVICE

I hereby certify that the attached notice of non-opposition to competing motions was filed by Donald Pritt and Volker Piasta on April 23, 2013 through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/
_____
JOSEPH R. SEIDMAN, JR.