SICHENZIA ROSS FRIEDMAN FERENCE LLP
Gary A. Varnavides, Esq. (GV-1226)
61 Broadway, 32nd Floor
New York, New York 10006
Telephone: (212) 930-9700
Facsimile: (212) 930-9725
Email: gvarnavides@srff.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
CHRIS BASNETT, Individually, and                :     Case No. 1:13-cv-00214-HB
on behalf of all others similarly situated,     :
                                                :
              Plaintiff,                        :
                                                :
     -against-                                  :
                                                :
LONGWEI PETROLEUM INVESTMENT                    :
HOLDING LIMITED, YONGJUN CAI,                   :
JAMES CRANE, and MICHAEL TOUPS,                 :
                                                :
              Defendants.                       :
----------------------------------------------------------x
JUN MA, Individually, and                       :     Case No. 1:13-cv-00229-JPO
on behalf of all others similarly situated,     :
                                                :
              Plaintiff,                        :     **NOTICE OF APPEARANCE**
                                                :
     -against-                                  :
                                                :
LONGWEI PETROLEUM INVESTMENT                    :
HOLDING LIMITED, YONGJUN CAI,                   :
JAMES CRANE, and MICHAEL TOUPS,                 :
                                                :
              Defendants.                       :
----------------------------------------------------------x
*[Caption continued on subsequent page.]*

```
-----------------------------------------------------------x
CHARLIE MUNIZ, Individually, and              :   Case No. 1:13-cv-00278-HB
on behalf of all others similarly situated,   :
                                              :
                Plaintiff,                    :
                                              :
    -against-                                 :
                                              :
LONGWEI PETROLEUM INVESTMENT                  :
HOLDING LIMITED, YONGJUN CAI,                 :
JAMES CRANE, and MICHAEL TOUPS,               :
                                              :
                Defendants.                   :
-----------------------------------------------------------x
PAUL HOWARD, Individually, and                :   Case No. 1:13-cv-00422-HB
on behalf of all others similarly situated,   :
                                              :
                Plaintiff,                    :
                                              :
    -against-                                 :
                                              :
LONGWEI PETROLEUM INVESTMENT                  :
HOLDING LIMITED, YONGJUN CAI,                 :
JAMES CRANE, and MICHAEL TOUPS,               :
                                              :
                Defendants.                   :
-----------------------------------------------------------x
```

**PLEASE TAKE NOTICE**, that Sichenzia Ross Friedman Ference LLP hereby appears as counsel on behalf of Defendants Longwei Petroleum Investment Holding Limited and Michael Toups. It is respectfully submitted that all future papers and notices of electronic filing with

respect to these actions be forwarded to the undersigned.

Dated: New York, New York
      April 25, 2013

                        Respectfully submitted,

                        SICHENZIA ROSS FRIEDMAN FERENCE LLP

By: _____
                        Gary A. Varnavides, Esq. (GV-1226)
                        61 Broadway, 32nd Floor
                        New York, New York 10006
                        Telephone: (212) 930-9700
                        Facsimile: (212) 930-9725
                        Email: gvarnavides@srff.com

                        *Attorneys for Defendants Longwei Petroleum*
                        *Investment Holding Limited and Michael Toups*