UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
| | |
|---|---|
| CHRIS BASNETT, Individually, and on behalf of all others similarly situated, : | Case No. 1:13-cv-00214-HB |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | |
| : | |
| LONGWEI PETROLEUM INVESTMENT : HOLDING LIMITED, YONGJUN CAI, : JAMES CRANE, and MICHAEL TOUPS, : | |
| : | |
| Defendants. : | |

-----------------------------------------------------------x

| | |
|---|---|
| JUN MA, Individually, and on behalf of all others similarly situated, : | Case No. 1:13-cv-00229-JPO |
| : | |
| Plaintiff, : | **RULE 7.1 DISCLOSURE STATEMENT** |
| : | |
| -against- : | |
| : | |
| LONGWEI PETROLEUM INVESTMENT : HOLDING LIMITED, YONGJUN CAI, : JAMES CRANE, and MICHAEL TOUPS, : | |
| : | |
| Defendants. : | |

-----------------------------------------------------------x

*[Caption continued on subsequent page.]*

```
-----------------------------------------------------------x
CHARLIE MUNIZ, Individually, and              :    Case No. 1:13-cv-00278-HB
on behalf of all others similarly situated,   :
                                              :
                   Plaintiff,                 :
                                              :
    -against-                                 :
                                              :
LONGWEI PETROLEUM INVESTMENT                  :
HOLDING LIMITED, YONGJUN CAI,                 :
JAMES CRANE, and MICHAEL TOUPS,               :
                                              :
                   Defendants.                :
-----------------------------------------------------------x
PAUL HOWARD, Individually, and                :    Case No. 1:13-cv-00422-HB
on behalf of all others similarly situated,   :
                                              :
                   Plaintiff,                 :
                                              :
    -against-                                 :
                                              :
LONGWEI PETROLEUM INVESTMENT                  :
HOLDING LIMITED, YONGJUN CAI,                 :
JAMES CRANE, and MICHAEL TOUPS,               :
                                              :
                   Defendants.                :
-----------------------------------------------------------x
```

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Longwei Petroleum

Investment Holding Limited ("Longwei"), a private non-governmental party, certifies that

Longwei has no parent company and that no publicly-held corporation owns 10% or more of its

stock.

Dated: New York, New York
      April 25, 2013

                                      Respectfully submitted,

                                      SICHENZIA ROSS FRIEDMAN FERENCE LLP

By: _____
                                      Gary A. Varnavides, Esq. (GV-1226)
                                      61 Broadway, 32nd Floor
                                      New York, New York 10006
                                      Telephone:  (212) 930-9700
                                      Facsimile:  (212) 930-9725
                                      Email:  gvarnavides@srff.com

                                      *Attorneys for Defendants Longwei Petroleum*
                                      *Investment Holding Limited and Michael Toups*