# POMERANTZ
### GROSSMAN HUFFORD DAHLSTROM & GROSS LLP
#### Attorneys at Law

Jeremy A. Lieberman
Partner
jalieberman@pomlaw.com

600 Third Avenue
New York, New York 10016
T: 212.661.1100   D: 646.581.9971

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/13

May 6, 2013

**VIA FACSIMILE (212) 805-7901**

Hon. Harold Baer
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

Re: *Basnett v. Longwei Petroleum Investment Holding, Ltd. et al.*, 13-civ-0214 (HB)
*Jun Ma v. Longwei Petroleum Investment Holding, Ltd. et al.*, 13-civ-0229 (HB)
*Muniz v. Longwei Petroleum Investment Holding, Ltd. et al.*, 13-civ-0278 (HB)
*Howard v. Longwei Petroleum Investment Holding, Ltd. et al.*, 13-civ-0422 (HB)

Dear Judge Baer:

We are counsel for proposed lead plaintiffs Excalibur Special Opportunities, L.P., Greg Lagermeier and Todd Okimoto (collectively the "Longwei Investor Group") in the above-referenced matter. On April 25, 2013, counsel for defendants Longwei Petroleum Investment Holding, Ltd. and Michael Toups, and counsel for competing Lead Plaintiff Movants appeared before Your Honor, to discuss among other things scheduling of a pre-trial conference (the "Conference"). At the hearing, Your Honor instructed the parties to appear before the Court on May 8, 2013 at 4:00 p.m. for the purposes of holding the Conference. The undersigned learned late last week, after calling the Court's chambers to confirm the time of the Conference, that the scheduled time for the Conference had been changed to 1:45 p.m. on May 8, 2013. Unfortunately, counsel for the Longwei Investor Group is not available to attend the hearing at that time due to scheduling conflicts.

We respectfully request that the Court reschedule the Conference to 4:00 p.m. on May 8, 2013, as initially scheduled by the Court. Counsel for Defendants and competing Lead Plaintiff movants have both consented to this request.

adjourned to 4:15 on May 8, 2013
SO ORDERED:
Harold Baer, Jr., U.S.D.J.
5/7/13

Respectfully submitted,

Jeremy A. Lieberman

cc: Gary A. Varnavides (via e-mail)
    Richard W. Gonnello (via e-mail)
    Francis P. McConville (via e-mail)

Endorsement:

Adjourned to 4:15 P.M. on May 8, 2013.