UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 
: C.A. No. 13 Civ. 214 (HB)
:
In re: LONGWEI PETROLEUM INVESTMENT :
HOLDING LIMITED SECURITIES            : ECF CASE
LITIGATION                                              :
: CLASS ACTION
:
------------------------------------------------------------X
This Document Relates To:  All Actions       :
------------------------------------------------------------X

*[USDC SDNY stamp: DOCUMENT ELECTRONICALLY FILED, DOC #: ___, DATE FILED: 11/18/13]*

### ORDER TO SHOW CAUSE FOR A DEFAULT JUDGMENT AS TO LIABILITY AGAINST LONGWEI PETROLEUM INVESTMENT HOLDING LIMITED AND DORA DONG

Upon the annexed Memorandum of Law in support of Lead Plaintiffs' application for a default judgment as to liability against Longwei Petroleum Investment Holding Limited ("Longwei") and Dora Dong ("Dong"), the Declaration of Richard W. Gonnello in support of Lead Plaintiffs' application for a default judgment as to liability against Longwei and Dong and the exhibits thereto,

IT IS HEREBY ORDERED that Defendants Longwei and Dong show cause on or before the 6th day of December, 2013, at 10 a.m./p.m., or as soon thereafter as counsel may be heard, in Courtroom 23B, 500 Pearl Street, New York, NY in the United States District Court for the Southern District of New York, why an order pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure should not be entered granting Lead Plaintiffs a Default Judgment as follows:

(a) Ordering that Longwei and Dong be held jointly and severally liable for violating Section 10(b) of the Securities Exchange Act of 1934, as amended, 15 U.S.C. §§ 78j(b), and Rule 10b-5, 17 C.F.R. § 240.10b-5, promulgated thereunder; and

2

(b) Ordering that the determination of the damages owed by Longwei and Dong be deferred until liability and damages against the non-defaulting defendants is also determined;

and it is further

ORDERED, that Lead Plaintiffs shall, within two (2) business days, serve this Order to Show Cause and all documents associated with Lead Plaintiffs' motion for default judgment as to liability on Longwei via United States Postal Service certified mail sent to Longwei's registered agent for service, Vcorp Services, LLC, located at 36 South 18th Avenue, Suite D, Brighton, Colorado 80601 and on Dong via United States Postal Service certified mail sent to Dong's residence located at 12486 Sumner Drive, Saratoga, CA 95070.

SIGNED this _18th_ day of _November_, 2013.

THE HONORABLE   Victor Marrero

Part I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
: C.A. No. 13 Civ. 214 (HB)
:
In re: LONGWEI PETROLEUM INVESTMENT :
HOLDING LIMITED SECURITIES : ECF CASE
LITIGATION :
: CLASS ACTION
:
------------------------------------------------------------X
:
This Document Relates To:  All Actions :
------------------------------------------------------------X

## [PROPOSED] DEFAULT JUDGMENT AS TO LIABILITY AGAINST LONGWEI PETROLEUM INVESTMENT HOLDING LIMITED AND DORA DONG

The Court having reviewed Lead Plaintiffs' order to show cause for a default judgment as to liability against Longwei Petroleum Investment Holding Limited ("Longwei") and Dora Dong ("Dong"); having considered all papers filed in connection with the order to show cause; and finding that the requested relief is appropriate pursuant to Rule 55 of the Federal Rules of Civil Procedure; and good cause having been shown,

IT IS HEREBY ORDERED that Longwei and Dong are jointly and severally liable for violating Section 10(b) of the Securities Exchange Act of 1934, as amended, 15 U.S.C. §§ 78j(b), and SEC Rule 10b-5, 17 C.F.R. § 240.10b-5, promulgated thereunder, although the damages owed by Longwei and Dong shall be not be determined until such a time when liability and damages for the non-defaulting defendants is also determined.

SIGNED this _____ day of _____, 2013.

_____