UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
: 
: C.A. No. 13 Civ. 214 (HB)
:
In re: LONGWEI PETROLEUM INVESTMENT : ECF CASE
HOLDING LIMITED SECURITIES :
LITIGATION :
: CLASS ACTION
:
------------------------------------------------------------------X
This Document Relates To:  All Actions :
------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

I, DEREK BEHNKE, declare and say:

    1.    I, the undersigned, am over the age of 18 years, employed by the law firm of Faruqi & Faruqi, LLP counsel to Lead Plaintiffs Paul Love, Fabio Benedetto Lupis, and Chris Wilson ("Lead Plaintiffs"), and not a party to the above-entitled action.

    2.    On November 18, 2013, the Court, Part 1, granted an Order to Show Cause for default judgment against Longwei Petroleum Investment Holding Limited ("Longwei") and Dora Dong (the "Order to Show Cause") (ECF No. 109).

    3.    In accordance with the method of service authorized by the Order to Show Cause, on November 18, 2013 I served Longwei with the Order to Show Cause and supporting papers by depositing true and correct copies thereof in a certified First Class Mail envelope at a United States Post Office within this State addressed to Longwei's registered agent for service, Vcorp Services, LLC, located at 36 South 18th Avenue, Suite D, Brighton, Colorado 80601.

    4.    In accordance with the method of service authorized by the Order to Show Cause, on November 18, 2013 I also served Dora Dong with the Order to Show Cause and supporting papers by depositing true and correct copies thereof in a certified First Class Mail envelope at a

United States Post Office within this State addressed to Dora Dong's residence located at 12486 Sumner Drive, Saratoga, CA 95070.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of November, 2013 in New York, New York.

*[signature]*
Derek Behnke

*[signature and notary stamp]*
STEVEN BENTSIANOV
Notary Public, State of New York
No. 02BE6260557
Qualified in Bronx County
Commission Expires 04/30/2016