UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LONGWEI PETROLEUM INVESTMENT HOLDING LIMITED SECURITIES LITIGATION | 1:13-cv-00214 HB<br><br>CLASS ACTION |
| This Document Relates To: ALL ACTIONS | |

## NOTICE OF STRIKING REPLY IN SUPPORT

Defendant Douglas Cole ("Mr. Cole"), by and through his undersigned counsel, hereby gives notice of striking Mr. Cole's Reply in Support of Motion to Dismiss Docket Entry ("D.E." 113), which was inadvertently filed in the above matter. The foregoing represents documents filed in connection with Mr. Cole's Motion to Dismiss (D.E. 100).

**Date**:   November 26, 2013
             Coral Gables, Florida

                                    **HUNTER TAUBMAN WEISS LLP**

                                    /s/ Mark David Hunter
                                    Mark David Hunter, Esq.
                                    NY Bar No. 4017331
                                    Jenny Johnson-Sardella, Esq.
                                    NY Bar No. 4225850
                                    255 University Drive
                                    Coral Gables, Florida 33134
                                    Tel:   (305) 629-8816
                                    Fax:   (305) 629-8877
                                    E-mail:mdhunter@htwlaw.com
                                    E-mail:jsardella@htwlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record listed below via transmission of Notices of Electronic Filing generated by CM/ECF.

**Service List**

Richard W. Gonnello, Esq. (CM/ECF)

Christopher P. Milazzo, Esq. (CM/ECF)

Anthony J. Costantini, Esq. (CM/ECF)

Marvin G. Pickholz, Esq. (CM/ECF)

Susan Jo, Esq. (CM/ECF)

Kevin P. Potere (CM/ECF)

Daniel Stephen Sommers (CM/ECF)

David Avi Rosenfeld (CM/ECF)

Jenny Johnson-Sardella (CM/ECF)

      /s/ Mark David Hunter
      Mark David Hunter