USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
: C.A. No. 13 Civ. 214 (HB)
:
In re: LONGWEI PETROLEUM INVESTMENT :
HOLDING LIMITED SECURITIES : ECF CASE
LITIGATION :
: CLASS ACTION
:
------------------------------------------------------------X
This Document Relates To:  All Actions :
------------------------------------------------------------X

### [PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION TO SERVE PROCESS ON DEFENDANTS CAI YONGJUN AND XUE YONGPING BY ALTERNATIVE MEANS

Having considered the motion of Paul Love, Fabio Benedetto Lupis, and Chris Wilson (collectively, "Lead Plaintiffs") for leave to serve process on defendants Cai Yongjun and Xue Yongping by alternative means; having considered all papers filed in connection with such motion; and finding that the requested relief is appropriate pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure and that good cause exists to grant the motion *[handwritten: as obligation has been satisfied]*

IT IS ORDERED that Lead Plaintiffs shall effect service of the Summons and Consolidated Securities Class Action Complaint on defendants Cai Yongjun and Xue Yongping by serving:

Longwei Petroleum Investment Holding Limited's registered agent for service at Vcorp Services, LLC, 36 South Avenue, Suite D, Brighton, Colorado 80601.

Dated: Dec 4, 2013

_____
THE HONORABLE HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE