# HUNTER TAUBMAN WEISS LLP
NEW YORK ■ WASHINGTON, DC ■ MIAMI

MARK DAVID HUNTER, ESQ.  
(ADMITTED NY, FL AND DC)

E-MAIL: MHUNTER@HTWLAW.COM

December 5, 2013

**Via ECF**

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 23B
New York, NY 10007-1312

    Re:    **In re Longwei Petroleum Investment Holding Limited Securities Litigation**
             **No. 1:13-cv-00214-HB**

Dear Judge Baer,

    I am counsel for Defendants Douglas Cole ("Mr. Cole") and Gerald DeCiccio in the above-referenced matter, and am writing in response to a letter that Lead Plaintiffs' counsel, Richard Gonnello, submitted to Your Honor today. *See* Docket Entry ("D.E.") 120. Although the intent of the letter is somewhat unclear, I am writing to address the allegations of Mr. Gonnello's letter.

    Although Mr. Gonnello concedes that Mr. Cole's Reply in Support of Motion to Dismiss (D.E. 18) ("Reply in Support") was filed timely, he notes that two previously filed reply memoranda were stricken via subsequent ECF filings. Ultimately, the Reply in Support was filed timely, and Mr. Cole's Motion to Dismiss is now fully-briefed and appropriate for consideration by this Court.

    Mr. Gonnello's mis-statements begin when he asserts that the Reply in Support is not double-spaced. Although we are unsure as to whether Mr. Gonnello is simply confused or is knowingly making misrepresentations to this Court, even a cursory review of the Reply in Support will demonstrate that it is double-spaced. Mr. Cole respectfully requests that Mr. Gonnello pay better attention before making such accusations, particularly in a letter that he opts to file with the Court.

                                          Sincerely,

                                          Mark David Hunter

cc:    All Counsel of Record (via ECF)

255 UNIVERSITY DRIVE ■ CORAL GABLES, FL 33134 ■ T: 305.629.8816 ■ F: 305.629.8877 ■ WWW.HTWLAW.COM