USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: LONGWEI PETROLEUM INVESTMENT
HOLDING LIMITED SECURITIES LITIGATION

1:13-cv-00214 HB

CLASS ACTION

This Document Relates To: ALL ACTIONS

## NOTICE OF STRIKING REPLY IN SUPPORT

Defendant Douglas Cole ("Mr. Cole"), by and through his undersigned counsel, hereby gives notice of striking Mr. Cole's Reply in Support of Motion to Dismiss Docket Entry ("D.E." 113), which was inadvertently filed in the above matter. The foregoing represents documents filed in connection with Mr. Cole's Motion to Dismiss (D.E. 100).

Date: November 26, 2013
Coral Gables, Florida

HUNTER TAUBMAN WEISS LLP

/s/ Mark David Hunter
Mark David Hunter, Esq.
NY Bar No. 4017331
Jenny Johnson-Sardella, Esq.
NY Bar No. 4225850
255 University Drive
Coral Gables, Florida 33134
Tel:  (305) 629-8816
Fax:  (305) 629-8877
E-mail: mdhunter@htwlaw.com
E-mail: jsardella@htwlaw.com

*[Handwritten annotation: The notice of striking of that will be honored & the attached Reply which was originally placed on the docket will be read in its place.]*

SO ORDERED
/s/ Harold Baer, Jr., U.S.D.J.
Date: 12/11/13

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record listed below via transmission of Notices of Electronic Filing generated by CM/ECF.

### Service List

Richard W. Gonnello, Esq. (CM/ECF)

Christopher P. Milazzo, Esq. (CM/ECF)

Anthony J. Costantini, Esq. (CM/ECF)

Marvin G. Pickholz, Esq. (CM/ECF)

Susan Jo, Esq. (CM/ECF)

Kevin P. Potere (CM/ECF)

Daniel Stephen Sommers (CM/ECF)

David Avi Rosenfeld (CM/ECF)

Jenny Johnson-Sardella (CM/ECF)

/s/ Mark David Hunter
Mark David Hunter

Endorsement:

      This notice strikes as I understand it the first reply and that will be done.  The attached Reply which appears more appropriate will be read in its place and stead.