```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
: C.A. No. 13 Civ. 214 (HB)
:
In re: LONGWEI PETROLEUM INVESTMENT : ECF CASE
HOLDING LIMITED SECURITIES :
LITIGATION :
: CLASS ACTION
:
-----------------------------------------------------------X
This Document Relates To: All Actions :
-----------------------------------------------------------X

## [PROPOSED] DEFAULT JUDGMENT AS TO LIABILITY AGAINST LONGWEI PETROLEUM INVESTMENT HOLDING LIMITED AND DORA DONG

The Court having reviewed Lead Plaintiffs' order to show cause for a default judgment as to liability against Longwei Petroleum Investment Holding Limited ("Longwei") and Dora Dong ("Dong"); having considered all papers filed in connection with the order to show cause; and finding that the requested relief is appropriate pursuant to Rule 55 of the Federal Rules of Civil Procedure; and good cause having been shown,

IT IS HEREBY ORDERED that Longwei and Dong are jointly and severally liable for violating Section 10(b) of the Securities Exchange Act of 1934, as amended, 15 U.S.C. §§ 78j(b), and SEC Rule 10b-5, 17 C.F.R. § 240.10b-5, promulgated thereunder, although the damages owed by Longwei and Dong shall be not be determined until such a time when liability and damages for the non-defaulting defendants is also determined.

SIGNED this __19__ day of __December__, 2013.

_____
THE HONORABLE HAROLD BAER, JR.