UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :  C.A. No. 13 Civ. 214 (HB)
In re: LONGWEI PETROLEUM INVESTMENT                         :
HOLDING LIMITED SECURITIES                                  :  ECF CASE
LITIGATION                                                  :
                                                            :  CLASS ACTION
                                                            :
------------------------------------------------------------X
This Document Relates To:  All Actions                      :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/31/13

## CLERK'S CERTIFICATE OF DEFAULT

I, Ruby J. Krajick, Clerk of the United States District Court for the Southern District of New York, do hereby certify that a copy of the Consolidated Securities Class Action Complaint (the "CAC"), filed on July 8, 2013, was properly served upon Defendants Cai Yongjun ("Cai") and Xue Yongping ("Xue"). Specifically, pursuant to the Court's December 4, 2013 Order, the CAC and summonses were served upon Longwei Petroleum Investment Holding Limited's registered agent for service Vcorp Services, LLC located at 36 South Avenue, Suite D, Brighton, CO 80601 on December 9, 2013.

I further certify that the docket entries indicate that Cai and Xue did not respond to the CAC on or before December 30, 2013 as prescribed by Rule 12 of the Federal Rules of Civil Procedure.

The default by Cai Yongjun and Xue Yongping is hereby noted.

Dated: New York, New York
       Dec 31, 2013, 201__

Ruby J. Krajick
Clerk of the Court

By: _____
    Deputy Clerk