```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :   C.A. No. 13 Civ. 214 (HB)
                                                            :
In re: LONGWEI PETROLEUM INVESTMENT   :
HOLDING LIMITED SECURITIES                   :   ECF CASE
LITIGATION                                                  :
                                                            :   CLASS ACTION
                                                            :
------------------------------------------------------------X
This Document Relates To:  All Actions          :
------------------------------------------------------------X

## [PROPOSED] ORDER TO SHOW CAUSE FOR A DEFAULT JUDGMENT AS TO LIABILITY AGAINST CAI YONGJUN AND XUE YONGPING

Upon the annexed Memorandum of Law in Support of Lead Plaintiffs' Application for a Default Judgment as to Liability Against Cai Yongjun and Xue Yongping, the Declaration of Richard W. Gonnello in Support of Lead Plaintiffs' Application for a Default Judgment as to Liability against Cai Yongjun and Xue Yongping and the exhibits thereto,

IT IS HEREBY ORDERED that Defendants Cai Yongjun ("Cai") and Xue Yongping ("Xue") show cause on or before the __19th__ day of __March__, 2014, at __11:00__ (a.m.)/p.m., or as soon thereafter as counsel may be heard, in Courtroom 23B, 500 Pearl Street, New York, NY in the United States District Court for the Southern District of New York, why an order pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure should not be entered granting Lead Plaintiffs a Default Judgment as follows:

(a) Ordering that Cai and Xue be held jointly and severally liable for violating Section 10(b) of the Securities Exchange Act of 1934, as amended, 15 U.S.C. §§ 78j(b), and Rule 10b-5, 17 C.F.R. § 240.10b-5, promulgated thereunder; and

(b) Ordering that the determination of the damages owed by Cai and Xue be deferred until liability and damages against the non-defaulting defendants is also determined; and it is further

ORDERED, that Lead Plaintiffs shall, within two (2) business days, serve this Order to Show Cause and all documents associated with Lead Plaintiffs' Application for a Default Judgment as to Liability Against Cai Yongjun and Xue Yongping via United States Postal Service certified mail sent to their employer Longwei Petroleum Investment Holding Limited's registered agent for service, Vcorp Services, LLC, located at 36 South 18th Avenue, Suite D, Brighton, Colorado 80601.

SIGNED this 23rd day of January, 2014.

_____
THE HONORABLE HAROLD BAER, JR.
Part I Judge for Judge Baer

Any opposition papers are due February 26, 2014 and should be served and filed.

2