UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
: C.A. No. 13 Civ. 214 (HB)
:
In re: LONGWEI PETROLEUM INVESTMENT :
HOLDING LIMITED SECURITIES            : ECF CASE
LITIGATION                            :
: CLASS ACTION
:
------------------------------------------------------------X
This Document Relates To:  All Actions   :
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

I, MIRIAM SAMPSON, declare and say:

1.  I, the undersigned, am over the age of 18 years, employed by the law firm of Faruqi & Faruqi, LLP counsel to Lead Plaintiffs Paul Love, Fabio Benedetto Lupis, and Chris Wilson ("Lead Plaintiffs"), and not a party to the above-entitled action.

2.  On January 24, 2014, the Court, Part 1, granted an Order to Show Cause for default judgment against Cai Yongjun and Xue Yongping (the "Order to Show Cause") (ECF No. 139).

3.  In accordance with the method of service authorized by the Order to Show Cause, on January 24, 2014 I served Cai Yongjun and Xue Yongping with the Order to Show Cause and supporting papers by depositing true and correct copies thereof in a Federal Express envelope for overnight delivery and certified First Class Mail envelope at a United States Post Office within this State addressed to Longwei's registered agent for service, Vcorp Services, LLC, located at 36 South 18th Avenue, Suite D, Brighton, Colorado 80601.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of January, 2014 in New York, New York.

_____
MIRIAM SAMPSON

Sworn to before me this

27 day of January, 2014

_____
Notary Public

My commission expires:

STEVEN BENTSIANOV
Notary Public, State of New York
No. 02BE6260557
Qualified in Bronx County
Commission Expires 04/30/2016