UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re: LONGWEI PETROLEUM INVESTMENT      :   C.A. No. 1:13-cv-00214-HB
HOLDING LIMITED SECURITIES LITIGATION    :
-------------------------------------------------------------------X
This Document Relates To:  All Actions                :
-------------------------------------------------------------------X

**NOTICE OF ATTORNEY WITHDRAWAL AND ORDER**

PLEASE TAKE NOTICE that Marc I. Gross hereby moves this Court for entry of an Order (provided below) granting his request to withdraw as counsel for movant Longwei Investor Group in the above-captioned action and to have his name, address and email address removed from the service list (including ECF service list).

Longwei Investor Group was not appointed Lead Plaintiff, and has no position in this litigation other than as a member of the Class. Lead Plaintiff is represented by other attorneys and Mr. Gross's withdrawal will not delay resolution of this matter.

Dated: January 27, 2013
       New York, New York

                                Respectfully Submitted,
                                POMERANTZ GROSSMAN HUFFORD
                                DAHLSTROM & GROSS LLP

                                By: s/ *Marc I. Gross*
                                Marc I. Gross
                                600 Third Avenue
                                New York, NY 10016
                                Telephone:  212-661-1100
                                Facsimile:  212-661-8665

Signed this the _____ day of _____, 2014


                                _____
                                UNITED STATES DISTRICT JUDGE

{00118940;1 }