UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                 :    Case No.: 1:13-CV-00214-HB
                                                 :    CLASS ACTION
                                                 :
In re: LONGWEI PETROLEUM INVESTMENT :    Honorable Harold Baer, Jr.
HOLDING LIMITED SECURITIES LITIGATION :
                                                 :
                                               :
------------------------------------------------------------X
This Document Relates To: ALL ACTIONS   :
------------------------------------------------------------X

## STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT MICHAEL TOUPS' TIME TO ANSWER THE COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record, as follows:

1. On January 30, 2014, Sichenzia Ross Friedman Ference LLP ("SRFF") filed a Notice of Attorney Withdrawal and Order, with the consent of Defendant Michael Toups ("Toups"), to grant its request to withdraw as counsel for Toups in this action (Dckt. # 145), which request Plaintiffs' Counsel opposed (Dckt. # 146). SRFF's request is presently pending before the Court;

2. Toups is currently seeking to retain new counsel to replace SRFF and represent him in this action;

[Remainder of page intentionally left blank.]

3. Based upon the foregoing, Toups' time to file his Answer to the Complaint, presently due on February 10, 2014, is extended until March 10, 2014.

Dated: February 4, 2014

FARUQI & FARUQI LLP

By: _____
    Richard W. Gonnello, Esq.
369 Lexington Avenue
New York, NY 10017
(212) 983-9330 (tel.)
(212) 983-9331 (fax)
rgonnello@rosenlegal.com

*Attorneys for Plaintiffs*

SICHENZIA ROSS FRIEDMAN FERENCE LLP

By: _____
    Gary A. Varnavides, Esq. (GV-1226)
61 Broadway, 32nd Floor
New York, NY 10006
(212) 930-9700 (tel.)
(212) 930-9725 (fax)
gvarnavides@srff.com

*Counsel of Record for Defendant Michael Toups*

SO ORDERED:

_____
HONORABLE HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE

2