# HTW HUNTER TAUBMAN WEISS LLP
NEW YORK ■ WASHINGTON, DC ■ MIAMI

JENNY JOHNSON-SARDELLA, ESQ.  
(ADMITTED NY, FL AND DC)

E-MAIL: JSARDELLA@HTWLAW.COM

February 5, 2014

**Via CM/ECF**

Honorable Harold Baer  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 640  
New York, New York 10007

Re: **In re Longwei Petroleum**
    **Case No. 2:13-cv-00214-HB**

Dear Hon. Baer:

    Pursuant to the *Individual Practices of Judge Harold Baer, Jr.* 1(E), Defendants Douglas Cole and Gerald DeCiccio (collectively, "Defendants") and Lead Plaintiffs Paul Love, Fabio Bendetto Lupis, and Chris Wilson (collectively, "Plaintiffs") (collectively, "Parties") respectfully submit the attached *Joint Stipulation and [Proposed] Order to Extend Time For Douglas Cole and Gerald DeCiccio to File Their Answers and Affirmative Defenses* ("Joint Stipulation").

    On or about January 27, 2014, this Court entered an Order (D.E. 144) denying Defendants' Motion to Dismiss (D.E. 76 and 100). Accordingly, Defendants' answer and affirmative defenses are due on or before February 10, 2014. However, Defendants will be substituting Daniel Keller, Esq. of Keller, Fishback & Jackson LLP as their counsel of record in this matter replacing Defendants' undersigned counsel. As such, the Parties hereby file the attached Joint Stipulation requesting that the Court approve the Parties' request for a two (2) week extension allowing Defendants to serve and file their answers and affirmative defenses on or before February 24, 2014.

    Should the Court require any additional information, please feel free to contact me.

Sincerely,

Jenny Johnson-Sardella

cc: Richard W. Gonnello, Esq.

255 UNIVERSITY DRIVE ■ CORAL GABLES, FL 33134 ■ T: 305.629.8816 ■ F: 305.629.8877 ■ WWW.HTWLAW.COM