UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: LONGWEI PETROLEUM
INVESTMENT HOLDING LIMITED
SECURITIES LITIGATION

C.A. No. 1:13-cv-00214-HB

CLASS ACTION

This Document Relates To:  All Actions

### JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DOUGLAS COLE AND GERALD DECICCIO TO FILE THEIR ANSWERS AND AFFIRMATIVE DEFENSES

WHEREAS, on January 27, 2014, this Court entered an Order (Docket Entry ("D.E.")

144) denying Douglas Cole ("Mr. Cole") and Gerald DeCiccio's ("Mr. DeCiccio") (collectively,

"Defendants") Motion to Dismiss (D.E. 76 and 100) in the above-captioned action;

WHEREAS, Mr. Cole and Mr. DeCiccio's answers and affirmative defenses to the

Consolidated Securities Class Action Complaint ("Complaint") are currently due Monday,

February 10, 2014;

WHEREAS, Mr. Cole and Mr. DeCiccio will be substituting Daniel Keller, Esq. of

Keller, Fishback & Jackson LLP as their counsel of record in this action replacing Defendants'

undersigned counsel; and

WHEREAS, Mr. Cole and Mr. DeCiccio's new counsel requires a two (2) week

extension of time to review this matter and draft Defendants' answers and affirmative defenses;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject

to approval of the Court, that:

Mr. Cole and Mr. DeCiccio shall file and serve their answers and affirmative defenses to the Complaint no later than February 24, 2014;

IT IS SO STIPULATED.

Dated: February 5, 2014

FARUQI & FARUQI, LLP

By: _RW Gonnello_

Richard W. Gonnello
Francis P. McConville
369 Lexington Avenue, 10th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
Email: rgonnello@faruqilaw.com
      fmcconville@faruqilaw.com

*Attorneys for Plaintiffs*

HUNTER TAUBMAN WEISS LLP

By: _____

Mark David Hunter
Jenny D. Johnson-Sardella
255 University Drive
Coral Gables, Florida 33134
Tel: 305-629-8816
Fax: 305-629-8877
Email: mdhunter@htwlaw.com
      jsardella@htwlaw.com

*Attorneys for Defendants Douglas Cole and Gerald DeCiccio*

**SO ORDERED**

Dated: _____, 2014

     New York, New York

_____
THE HONORABLE HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE

2