```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                   :     Case No.: 1:13-CV-00214-HB
                                   :     CLASS ACTION

In re:  LONGWEI PETROLEUM INVESTMENT :  Honorable Harold Baer, Jr.
HOLDING LIMITED SECURITIES LITIGATION :

------------------------------------------------------X
This Document Relates To: ALL ACTIONS   :
------------------------------------------------------X

## STIPULATION AND [PROPOSED] ORDER EXTENDING
## DEFENDANT MICHAEL TOUPS' TIME TO ANSWER THE COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record, as follows:

1.    On January 30, 2014, Sichenzia Ross Friedman Ference LLP ("SRFF") filed a Notice of Attorney Withdrawal and Order, with the consent of Defendant Michael Toups ("Toups"), to grant its request to withdraw as counsel for Toups in this action (Dckt. # 145), which request Plaintiffs' Counsel opposed (Dckt. # 146).  SRFF's request is presently pending before the Court;

2.    Toups is currently seeking to retain new counsel to replace SRFF and represent him in this action;

[Remainder of page intentionally left blank.]

3. Based upon the foregoing, Toups' time to file his Answer to the Complaint, presently due on February 10, 2014, is extended until March 10, 2014.

Dated: February 4, 2014

| FARUQI & FARUQI LLP | SICHENZIA ROSS FRIEDMAN FERENCE LLP |
|---|---|
| By: *[signature]* <br> Richard W. Gonnello, Esq. <br> 369 Lexington Avenue <br> New York, NY 10017 <br> (212) 983-9330 (tel.) <br> (212) 983-9331 (fax) <br> rgonnello@rosenlegal.com | By: *[signature]* <br> Gary A. Varnavides, Esq. (GV-1226) <br> 61 Broadway, 32nd Floor <br> New York, NY 10006 <br> (212) 930-9700 (tel.) <br> (212) 930-9725 (fax) <br> gvarnavides@srff.com |
| *Attorneys for Plaintiffs* | *Counsel of Record for Defendant Michael Toups* |

SO ORDERED:

2/6/14

*[signature]*

HONORABLE HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE

2