USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LONGWEI PETROLEUM INVESTMENT HOLDING LIMITED SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | C.A. No. 1:13-cv-00214-HB<br><br>CLASS ACTION |

### JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DOUGLAS COLE AND GERALD DECICCIO TO FILE THEIR ANSWERS AND AFFIRMATIVE DEFENSES

WHEREAS, on January 27, 2014, this Court entered an Order (Docket Entry ("D.E.") 144) denying Douglas Cole ("Mr. Cole") and Gerald DeCiccio's ("Mr. DeCiccio") (collectively, "Defendants") Motion to Dismiss (D.E. 76 and 100) in the above-captioned action;

WHEREAS, Mr. Cole and Mr. DeCiccio's answers and affirmative defenses to the Consolidated Securities Class Action Complaint ("Complaint") are currently due Monday, February 10, 2014;

WHEREAS, Mr. Cole and Mr. DeCiccio will be substituting Daniel Keller, Esq. of Keller, Fishback & Jackson LLP as their counsel of record in this action replacing Defendants' undersigned counsel; and

WHEREAS, Mr. Cole and Mr. DeCiccio's new counsel requires a two (2) week extension of time to review this matter and draft Defendants' answers and affirmative defenses;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to approval of the Court, that:

Mr. Cole and Mr. DeCiccio shall file and serve their answers and affirmative defenses to the Complaint no later than February 24, 2014;

IT IS SO STIPULATED.

Dated: February 5, 2014

| FARUQI & FARUQI, LLP | HUNTER TAUBMAN WEISS LLP |
|---|---|
| By: *RW Gonnello* | By: *[signature]* |
| Richard W. Gonnello | Mark David Hunter |
| Francis P. McConville | Jenny D. Johnson-Sardella |
| 369 Lexington Avenue, 10th Floor | 255 University Drive |
| New York, New York 10017 | Coral Gables, Florida 33134 |
| Tel: 212-983-9330 | Tel: 305-629-8816 |
| Fax: 212-983-9331 | Fax: 305-629-8877 |
| Email: rgonnello@faruqilaw.com | Email: mdhunter@htwlaw.com |
| fmcconville@faruqilaw.com | jsardella@htwlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Douglas Cole and Gerald DeCiccio* |

**SO ORDERED**

Dated: February 6th, 2014

New York, New York

_____
THE HONORABLE HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE

2