ORAL ARGUMENT
REQUESTED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LONGWEI PETROLEUM INVESTMENT HOLDING LIMITED SECURITIES LITIGATION | 1:13-cv-00214 (HB)<br><br>ECF CASE<br><br>CLASS ACTION |
| This Document Relates To: ALL ACTIONS | |

**NOTICE OF DEFENDANTS CHILD, VAN WAGONER & BRADSHAW, PLLC'S AND ANDERSON BRADSHAW, PLLC'S (1) MOTION FOR RECONSIDERATION PURSUANT TO LOCAL RULE 6.3 AND/OR (2) MOTION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(B), TOGETHER WITH A MOTION TO STAY ALL PROCEEDINGS AS TO THESE DEFENDANTS UNTIL THE DETERMINATION OF THESE MOTIONS AND ANY APPEAL THEREFROM**

PLEASE TAKE NOTICE that on a date and time as may be set by the Court, Defendants Child, Van Wagoner & Bradshaw, PLLC and Anderson Bradshaw, PLLC will respectfully move this Court for (1) a reconsideration, pursuant to local Rule 6.3, of the Court's Opinion and Order dated January 27, 2014 denying CVB's and Anderson Bradshaw's motion to dismiss, and/or (2) a certification for interlocutory appeal pursuant to 29 U.S.C. § 1292(b), together with a stay of all proceedings as to these defendants until the determination of these motions and any appeal therefrom.

This motion is based on the accompanying Memorandum of Law in Support of Defendants Child, Van Wagoner & Bradshaw, PLLC's and Anderson Bradshaw, PLLC's (1) Motion for Reconsideration Pursuant to Local Rule 6.3 and/or (2) Motion for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b), Together With a Motion to Stay All

1

Proceedings as to These Defendants Until the Determination of These Motions and Any Appeal Therefrom filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

Dated: New York, New York
       February 6, 2014

                                             Respectfully submitted,

                                             DUANE MORRIS LLP

                                             /s/ Anthony J. Costantini
                                             Anthony J. Costantini (AJC 6633)
                                             Marvin G. Pickholz (MP 7097)
                                             Susan Jo (SJ 1974)
                                             Kevin P. Potere (KP 7711)
                                             1540 Broadway
                                             New York, NY 10036
                                             Telephone: 212-692-1000
                                             Facsimile: 212-692-1020
                                             ajcostantini@duanemorris.com
                                             mgpickholz@duanemorris.com
                                             sjo@duanemorris.com
                                             kppotere@duanemorris.com

                                             *Attorneys for Defendants Child, Van Wagoner & Bradshaw, PLLC and Anderson Bradshaw, PLLC*