# HTW  HUNTER TAUBMAN WEISS LLP
NEW YORK ■ WASHINGTON, DC ■ MIAMI

JENNY JOHNSON-SARDELLA, ESQ.  
(ADMITTED NY, FL AND DC)

E-MAIL: JSARDELLA@HTWLAW.COM

February 21, 2014

**Via CM/ECF**

Honorable Harold Baer  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 640  
New York, New York 10007

Re: **In re Longwei Petroleum**  
**Case No. 2:13-cv-00214-HB**

Dear Hon. Baer:

    Pursuant to the *Individual Practices of Judge Harold Baer, Jr.* 1(E), Defendants Douglas Cole and Gerald DeCiccio (collectively, "Defendants") respectfully submit the attached *Stipulation and Order of Substitution of Counsel for Defendants Doug Cole and Gerald DeCiccio* ("Stipulation").

    Defendants are substituting Daniel Keller, Esq. of Keller, Fishback & Jackson LLP as their counsel of record in this matter replacing Hunter Taubman Weiss LLP. Should the Court require any additional information, please feel free to contact me.

Sincerely,

Jenny Johnson-Sardella

cc: Richard W. Gonnello, Esq.

255 UNIVERSITY DRIVE ■ CORAL GABLES, FL 33134 ■ T: 305.629.8816 ■ F: 305.629.8877 ■ WWW.HTWLAW.COM