UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

| | |
|---|---|
| In re: LONGWEI PETROLEUM INVESTMENT HOLDING LIMITED SECURITIES LITIGATION | C.A. No. 13cv00214 (HB)<br><br>NOTICE OF APPEARANCE OF COUNSEL<br><br>Class Action Filed: July 8, 2013<br><br>JURY TRIAL DEMANDED |

--------------------------------------------------------X
This Document Relates To: All Actions


### NOTICE OF APPEARANCE OF COUNSEL

To: The clerk of the court and all parties of record, I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Douglas Cole and Gerald DeCiccio.

          KELLER, FISHBACK & JACKSON LLP.


          By: _____/s/_____
          DANIEL KELLER (NY Attorney Registration
          No.: 4087383)
          62 William Street, 6th Floor
          New York, NY 10005
          Telephone:(646) 536-2719
          Facsimile: (646) 349-3329
          dkeller@kfjlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2014, a copy of the foregoing document was filed electronically and served by mail to anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by cooperation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.


Dated: February 24, 2014
New York, NY

                By:/s/ Daniel Keller

                DANIEL KELLER
                KELLER, FISHBACK & JACKSON LLP
                62 William Street, 6th Floor
                New York, NY 10005
                Telephone:     (646) 536-2719
                Facsimile:     (646) 349-3329
                dkeller@kfjlegal.com