**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

|  |  |
|---|---|
| In re: LONGWEI PETROLEUM INVESTMENT HOLDING LIMITED SECURITIES LITIGATION | **C.A.  No. 13cv00214 (HB)**<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Class Action Filed: July 8, 2013<br><br>JURY TRIAL DEMANDED |

--------------------------------------------------------X
This Document Relates To: All Actions


### NOTICE OF APPEARANCE OF COUNSEL


To: The clerk of the court and all parties of record,  I am admitted or otherwise authorized to

practice in this court, and I appear in this case as counsel for Defendant Michael Toups.



KELLER, FISHBACK & JACKSON LLP.



By:_____/s/_____

DANIEL KELLER (NY Attorney Registration
No.: 4087383)
62 William Street, 6th Floor
New York, NY 10005
Telephone:(646) 536-2719
Facsimile: (646) 349-3329
dkeller@kfjlegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2014, a copy of the foregoing document was filed electronically and served by mail to anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by cooperation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.


Dated: March 5, 2014
New York, NY

By:/s/ Daniel Keller

DAVID P. NEMECEK, JR.
KELLER, FISHBACK & JACKSON LLP
62 William Street, 6th Floor
New York, NY 10005
Telephone:      (646) 536-2719
Facsimile:      (646) 349-3329
dkeller@kfjlegal.com