USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re: LONGWEI PETROLEUM INVESTMENT      :   C.A. No. 1:13-cv-00214-HB
HOLDING LIMITED SECURITIES LITIGATION    :
-----------------------------------------------------------------X
This Document Relates To:  All Actions   :
-----------------------------------------------------------------X

## NOTICE OF ATTORNEY WITHDRAWAL AND ORDER

PLEASE TAKE NOTICE that Marc I. Gross hereby moves this Court for entry of an Order (provided below) granting his request to withdraw as counsel for movant Longwei Investor Group in the above-captioned action and to have his name, address and email address removed from the service list (including ECF service list).

Longwei Investor Group was not appointed Lead Plaintiff, and has no position in this litigation other than as a member of the Class. Lead Plaintiff is represented by other attorneys and Mr. Gross's withdrawal will not delay resolution of this matter.

Dated: January 27, 2013
New York, New York

Respectfully Submitted,
POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP

By: s/ Marc I. Gross
Marc I. Gross
600 Third Avenue
New York, NY 10016
Telephone:   212-661-1100
Facsimile:    212-661-8665

Signed this the  6  day of  March , 2014

_____
UNITED STATES DISTRICT JUDGE

{00118940;1 }