```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/14
```

Baer, H.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re: LONGWEI PETROLEUM
INVESTMENT HOLDING LIMITED
SECURITIES LITIGATION

C.A. No. 13cv00214 (HB)

STIPULATION AND ORDER OF
SUBSTITUTION OF COUNSEL FOR
DEFENDANTS DOUG COLE AND
GERALD DECICCIO

Class Action Filed: July 8, 2013

JURY TRIAL DEMANDED

------------------------------------------------------------X
This Document Relates To: All Actions

 

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel and pursuant to Local Civil Rule 1.4, that the law firm of Keller, Fishback & Jackson LLP hereby is substituted in place and in the stead of the law firm of Hunter Taubman Weiss LLP as counsel of record for defendants Doug Cole and Gerald DeCiccio in the above-captioned action.

We, the undersigned, consent to the above substitution.

Dated: February 7, 2014    By: _____
                                Doug Cole

Dated: February 7, 2014    By: _____
                                Gerald DeCiccio

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter be served upon the undersigned incoming counsel at the address set forth below.

Dated: February 6, 2014

| HUNTER TAUBMAN WEISS LLP | KELLER, FISHBACK & JACKSON LLP. |
|---|---|
| By: _____ | By: _____ |
| MARK DAVID HUNTER | DANIEL KELLER |
| Outgoing counsel for Doug Cole and Gerald DeCiccio | Incoming counsel for Doug Cole and Gerald DeCiccio |
| 255 University Drive | 62 William Street, 6th Floor |
| Coral Gables, Florida 33134 | New York, NY 10005 |
| Tel: (305) 629-8816 | Telephone: (646) 536-2719 |
| Fax: (305) 629-8877 | Facsimile: (646) 349-3329 |
| Email: mdhunter@htwlaw.com | Email: dkeller@kfjlegal.com |

SO ORDERED.

_____
The Honorable Harold Baer, Jr.
United States District Judge

March 6th, 2014