UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re: LONGWEI PETROLEUM
INVESTMENT HOLDING LIMITED
SECURITIES LITIGATION

C.A. No. 13cv00214 (HB)

NOTICE OF APPEARANCE OF
COUNSEL

Class Action Filed: July 8, 2013

JURY TRIAL DEMANDED

--------------------------------------------------------X
This Document Relates To: All Actions

## NOTICE OF APPEARANCE OF COUNSEL

    To the clerk of the court and all parties of record: My motion for Admission Pro Hac Vice in this matter is pending before this court, and I appear in this case as counsel for Defendants Michael Toups, Douglas Cole and Gerald DeCiccio.

QIAN & NEMECEK LLP

By: _____/s/_____
DAVID P. NEMECEK, JR.
(Motion for Admission *Pro Hac Vice* pending)
135 Main Street, Ninth Floor
San Francisco, CA 94105
Telephone:(415) 475-2814
Facsimile: (415) 520-2078
david@qnlawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2014, a copy of the foregoing document was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by cooperation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Dated: March 7, 2014
San Francisco, CA

By:/s/ David P. Nemecek

DAVID P. NEMECEK, JR.

Qian & Nemecek LLP
135 Main Street, Ninth Floor
San Francisco, CA 94105
Telephone:   (415) 475-2814
Facsimile:   (415) 520-2078