**QIAN & NEMECEK**

David P. Nemecek, Jr.  david@qnlawgroup.com
*Partner*  (415) 475-2814

**VIA ECF**

March 13, 2014

Hon. Harold Baer, Jr.
District Judge
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 23B
New York, NY 10118

   Re: *In re: Longwei Petroleum Investment Holding Limited Securities Litigation*
     United States District Court for the Southern District of New York Case No. 1:13-CV-00214-HB

Dear Judge Baer:

  I represent Defendants Michael Toups, Douglas Cole and Gerald DeCiccio in the above-referenced matter. My Motion for Admission *Pro Hac Vice* as counsel for Messrs. Toups, Cole and DeCiccio is pending before this Court.

  I write today to request Your Honor's permission to appear telephonically for the hearing regarding the motion filed by Sichenzia Ross Friedman Ference LLP to withdraw as counsel for Michael Toups that is currently scheduled for March 19, 2014 at 11:00 a.m. in the above-referenced matter. Thank you for your attention to this matter, and please feel free to contact me with any questions.

Very truly yours,

*/s/ David P. Nemecek, Jr.*

David P. Nemecek, Jr.

cc:	All counsel (via ECF only)