```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
                                                      :   C.A. No. 13 Civ. 214 (HB)
In re: LONGWEI PETROLEUM INVESTMENT                   :
HOLDING LIMITED SECURITIES                            :   ECF CASE
LITIGATION                                            :
                                                      :   CLASS ACTION
                                                      :
------------------------------------------------------X
                                                      :
This Document Relates To:  All Actions                :
------------------------------------------------------X

## [PROPOSED] DEFAULT JUDGMENT AS TO LIABILITY AGAINST CAI YONGJUN AND XUE YONGPING

The Court having considered Lead Plaintiffs' application for a default judgment as to liability against Cai Yongjun ("Yongjun") and Xue Yongping ("Xue"); having reviewed all papers filed in connection with the Court's order to show cause; and finding that the requested relief is appropriate pursuant to Rule 55 of the Federal Rules of Civil Procedure; and good cause having been shown,

IT IS HEREBY ORDERED that Cai and Xue are jointly and severally liable for violating Section 10(b) of the Securities Exchange Act of 1934, as amended, 15 U.S.C. §§ 78j(b), and SEC Rule 10b-5, 17 C.F.R. § 240.10b-5, promulgated thereunder, although the damages owed by Cai and Xue shall be not be determined until such a time when liability and damages for the non-defaulting defendants is also determined.

SIGNED this ___19___ day of ___March___, 2014.

_____
THE HONORABLE HAROLD BAER, JR.

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____