USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/14

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re: LONGWEI PETROLEUM
INVESTMENT HOLDING LIMITED
SECURITIES LITIGATION

C.A. No. 13cv00214 (HB)

**MOTION FOR ADMISSION**
**PRO HAC VICE**

Class Action Filed: July 8, 2013

JURY TRIAL DEMANDED

-----------------------------------------------------------X
This Document Relates To: All Actions

The motion of David P. Nemecek, Jr. for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

David P. Nemecek, Jr.
Qian & Nemecek LLP
135 Main Street, Ninth Floor
San Francisco, CA 94105
Telephone:   (415) 475-2814
Facsimile:    (415) 520-2078

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Michael Toups, Douglas Cole and Gerald DeCiccio in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All Attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Date: 3/21/14

_____
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re: LONGWEI PETROLEUM
INVESTMENT HOLDING LIMITED
SECURITIES LITIGATION

C.A. No. 13cv00214 (HB)

MOTION FOR ADMISSION
PRO HAC VICE

Class Action Filed: July 8, 2013

JURY TRIAL DEMANDED

---------------------------------------------------------X
This Document Relates To: All Actions

Pursuant to Rule 1.3 of the Local Rules of The United States Courts for the Southern District and Eastern Districts of New York, I, David P. Nemecek, Jr. hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Michael Toups, Douglas Cole and Gerald DeCiccio in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

Date: March 7, 2014   Respectfully submitted,

DAVID P. NEMECEK, JR.
QIAN & NEMECEK LLP
135 Main Street, Ninth Floor
San Francisco, CA 94105
Telephone:   (415) 475-2814
Facsimile:   (415) 520-2078
david@qnlawgroup.com



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *DAVID PATRICK NEMECEK, JR.*

*I*, FRANK A. McGUIRE, *Clerk of the Supreme Court of the State of California, do hereby certify that DAVID PATRICK NBEMECEK, JR. was on the 13TH day of FEBRUARY, 1998, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 7TH day of MARCH, 2014.*

FRANK A. McGUIRE
Clerk of the Supreme Court

By:_____
Robert R. Toy – Deputy Clerk