UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re: LONGWEI PETROLEUM INVESTMENT  :  Case No.: 1:13-CV-00214-HB
HOLDING LIMITED SECURITIES LITIGATION:  CLASS ACTION
                                     :
-----------------------------------------------------------X  Honorable Harold Baer, Jr.
This Document Relates To: ALL ACTIONS  :
-----------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/14

## NOTICE OF ATTORNEY WITHDRAWAL AND ORDER

PLEASE TAKE NOTICE that Sichenzia Ross Friedman Ference LLP ("SRFF") hereby moves this Court for an Entry of an Order (provided below) granting its request to withdraw as counsel for Defendant Michael Toups in the above-captioned action and to have SRFF's name, address, and email address removed from the service list (including ECF service list).

Mr. Toups consents to the withdrawal and intends to appear in this action pro se. SRFF's withdrawal will not delay resolution of this matter because no Answer has been filed and no discovery has commenced yet.

Dated: January 30, 2014
New York, New York

                                Respectfully submitted,

                                SICHENZIA ROSS FRIEDMAN FERENCE LLP

                                By: _____
                                Christopher P. Milazzo, Esq. (CM-9974)
                                Gary A. Varnavides, Esq. (GV-1226)
                                61 Broadway, 32nd Floor
                                New York, New York 10006
                                (212) 930-9700

AGREED TO AND CONSENTED BY:

_____
Michael Toups

SO ORDERED:

                                _____ 3/21/14
                                HONORABLE HAROLD BAER, JR.
                                UNITED STATES DISTRICT JUDGE