UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
: C.A. No. 13 Civ. 214 (RMB)
:
In re: LONGWEI PETROLEUM INVESTMENT  :   ECF CASE
HOLDING LIMITED SECURITIES                    :
LITIGATION                                                       :   CLASS ACTION
:
-------------------------------------------------------------X
This Document Relates To:  All Actions           :
-------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned attorney hereby appears as counsel on behalf of Lead Plaintiffs Paul Love, Fabio Benedetto Lupis, and Chris Wilson.

Dated:  New York, New York
       June 25, 2014                      Respectfully submitted,

                                       By:  */s/ James M. Wilson, Jr.*

                                       James M. Wilson, Jr.
                                       **FARUQI & FARUQI, LLP**
                                       369 Lexington Avenue, 10th Floor
                                       New York, New York 10017
                                       Tel: 212-983-9330
                                       Fax: 212-983-9331
                                       Email: jwilson@faruqilaw.com