```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2014
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
In re: LONGWEI PETROLEUM          :
INVESTMENT HOLDING LIMITED        :
SECURITIES LITIGATION             :     13 CV 214 (RMB)
                                  :
                                  :     **ORDER**
                                  :
                                  :
                                  :
                                  :
------------------------------------------------------x

      A status conference in this case, and all related matters, is hereby scheduled for Thursday July 10, 2014 at 9:00 a.m.

Dated: New York, New York
       June 27, 2014



                                                RICHARD M. BERMAN, U.S.D.J.