USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2014

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

In re: LONGWEI PETROLEUM
INVESTMENT HOLDING LIMITED
SECURITIES LITIGATION

              13 CV 214 (RMB)

              **ORDER**

-------------------------------------------------------x

A status conference in this case, and all related matters, is hereby scheduled for Thursday

July 10, 2014 at 9:00 a.m.


Dated: New York, New York
      June 27, 2014



RICHARD M. BERMAN, U.S.D.J.