```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :    C.A. No. 13 Civ. 214 (RMB)
                                                            :
In re: LONGWEI PETROLEUM INVESTMENT                         :    ECF CASE
HOLDING LIMITED SECURITIES                                  :
LITIGATION                                                  :
                                                            :    CLASS ACTION
                                                            :    STIPULATION AND ORDER
                                                            :    JOINING ADDITIONAL
                                                            :    PLAINTIFF
------------------------------------------------------------X
This Document Relates To: All Actions                       :
------------------------------------------------------------X

THIS MATTER HAVING been opened to the Court upon the application of Faruqi & Faruqi, LLP Lead Counsel for Plaintiffs in this action for leave to add Donald Pritt as an additional plaintiff for the claims asserted in the Consolidated and Amended Class Action Complaint ("Complaint") filed on July 8, 2013 (Docket No.47); and it,

APPEARING that proposed additional plaintiff Donald Pritt represents that he purchased shares of common stock of the defendant corporation, Longwei Petroleum Investment Holding Limited, that were publicly traded on the New York Stock Exchange during the Class Period.

FURTHER APPEARING that counsel for defendants do not oppose this addition;

IT IS on this 1 day of August, 2014:

ORDERED that Donald Pritt shall be and hereby is added as a representative Plaintiff in the Consolidated Amended Complaint filed in this Action; and it is

FURTHER ORDERED that the joinder of Donald Pritt as a representative Plaintiff is without prejudice to or waiver of any defense of any defendant to any claim that has been or will be asserted and has no effect on any of the pending motions *sub judice*.

1



HON. RICHARD M. BERMAN, U.S.D.J.

WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THE FOREGOING:

FARUQI & FARUQI, LLP

By: *RWGonnello*

Richard W. Gonnello
James M. Wilson, Jr.
Megan Sullivan
369 Lexington Avenue, 10th Floor
New York, NY 10017
Tel: (212) 983-9330
Fax: (212) 983-9331
E-mail: rgonnello@faruqilaw.com
         jwilson@faruqilaw.com
         msullivan@faruqilaw.com

*Attorneys for Plaintiffs*

QIAN & NEMECEK, LLP

*David Nemecek*

David Nemecek, Esq.
135 Main Street, 9th Floor
San Francisco, CA 94105

*Attorneys for Defendants Michael Toups,
Gerald DeCiccio, and Douglas Cole*

DUANE MORRIS, LLP

Anthony J. Costantini
Marvin G. Pickholz
Susan Jo
Kevin P. Potere

2