```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/14
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
:
: C.A. No. 13 Civ. 214 (RMB)
:
In re: LONGWEI PETROLEUM INVESTMENT :
HOLDING LIMITED SECURITIES : ECF CASE
LITIGATION ::
: CLASS ACTION
:
:
-----------------------------------------------------------X
This Document Relates To: All Actions :
-----------------------------------------------------------X

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Stuart J. Guber, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Pennsylvania; and that his contact information is a follows:

Stuart J. Guber
Faruqi & Faruqi, LLP
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Tel: 215-277-5770
Fax: 215-277-5770
Email: sguber@faruqilaw.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Lead Plaintiff Movants Paul Love, Fabio Benedetto Lupis, Chris Wilson and Donald Pritt in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 26, 2014

*Richard M. Berman*

HON. RICHARD M. BERMAN, U.S.D.J.