UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
In re: LONGWEI PETROLEUM                    Case No. 1:13-cv-00214-RMB
INVESTMENT HOLDING LIMITED   Plaintiff,

　　　　-against-

　　　　　　　　　　　　　　Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:　ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending　　　　　　　[ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Stuart J. Guber**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____　My State Bar Number is _60772_

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:　FIRM NAME: Motley Rice, LLC
　　　　　　FIRM ADDRESS: 600 W. Peachtree Street Ste 800, Atlanta, GA 30308
　　　　　　FIRM TELEPHONE NUMBER: (404) 201-6906
　　　　　　FIRM FAX NUMBER: (404) 201-6959

NEW FIRM:　FIRM NAME: Faruqi & Faruqi, LLP
　　　　　　FIRM ADDRESS: 101 Greenwood Ave, Ste 600, Jenkintown, PA 19046
　　　　　　FIRM TELEPHONE NUMBER: 215-277-5770
　　　　　　FIRM FAX NUMBER: 215-277-5771

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 08/26/2014

　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　ATTORNEY'S SIGNATURE