**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
:
: C.A. No. 13 Civ. 214 (RMB)(RLE)
:
In re: LONGWEI PETROLEUM INVESTMENT :
HOLDING LIMITED SECURITIES : CONSOLIDATED CLASS ACTION
LITIGATION :
: ECF CASE
:
: **JOINT NOTICE OF FILING OF**
: **AMENDMENT NO. 1 AND**
: **AMENDED EXHIBITS TO**
: **STIPULATION OF**
: **SETTLEMENT**
-----------------------------------------------------------X
This Document Relates To: All Actions :
-----------------------------------------------------------X

Class Plaintiffs Paul Love, Fabio Benedetto Lupis, Chris Wilson and Donald Pritt (collectively, "Class Plaintiffs") and Defendants Michael Toups, Gerald DeCiccio, Douglas Cole, Child Van Wagoner & Bradshaw, PLLC and Anderson Bradshaw PLLC (collectively, "Settling Defendants" and together with Class Plaintiffs, the "Settling Parties")) hereby respectively give notice of the filing of Amendment No. 1 to the Stipulation of Settlement [DE 265] and amended exhibits thereto:

- Amendment No. 1 – Amendment No. 1 to the Stipulation of Settlement is attached hereto as Exhibit A.

- Proposed Preliminarily Approval Order – The amended [Proposed] Order Preliminarily Approving Settlement and Providing for Notice is attached to Amendment No. 1 as Exhibit 1. (The original [Proposed] Order Preliminary Approving Settlement and Providing for Notice was filed as Exhibit A to the Stipulation of Settlement at DE 265).

- Settlement Notice – The amended Notice of Proposed Settlement of Class Action is attached as to Amendment No. 1 as Exhibit 2. (The original Notice of Pendency and Settlement of Class Action was filed as Exhibit A-1 to the Stipulation of Settlement at DE 265).

- Proof of Claim – The amended Proof of Claim and Release is attached to Amendment No. 1 as Exhibit 3. (The original Proof of Claim and Release was filed as Exhibit A-2 to the Stipulation of Settlement at DE 265).

- Publication Notice – The amended Summary Notice of Proposed Class Action Settlement was attached to Amendment No. 1 as Exhibit 4. (The original Summary Notice of Proposed Class Action Settlement was filed as Exhibit A-3 to the Stipulation of Settlement at DE 265).

Dated: February 8, 2016

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By _____
Stuart J. Guber
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
(215) 277-5770

*Lead Counsel for Class Plaintiffs and the Class*

**KAUFHOLD GASKIN LLP**

By _____
Jonathan Gaskin
388 Market Street, Suite 1300
San Francisco, CA 94111
(415) 445-4621

*Counsel for Defendants Michael Toups, Gerald DeCiccio and Douglas Cole*

**PARR BROWN GEE & LOVELESS, PC**

By _____
Jonathan O. Hafen
101 South 200 East, Suite 700
Salt Lake City, UT 84111
(801) 532-7840

*Counsel for Defendants Child Van Wagoner & Bradshaw, PLLC and Anderson Bradshaw PLLC*