

February 9, 2016

**VIA HAND DELIVERY AND ECF**

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, NY 10007

      Re:    *In re Longwei Petroleum Investment Holding Limited Securities Litigation*,
              C.A. No. 13 Civ. 214 (RMB)(RLE)

Dear Judge Berman:

      We represent Lead Plaintiffs Paul Love, Fabio Benedetto Lupis and Chris Wilson, and Plaintiff Donald Pritt ("Class Plaintiffs") in the above-referenced action. Pursuant to Your Honor's Individual Practices, please find enclosed courtesy copies of the Joint Notice of Filing of Amendment No. 1 and Amended Exhibits to Stipulation of Settlement and Exhibit A thereto, and Exhibits 1-4 to Exhibit A, which were electronically filed with the Court.

      Plaintiffs' counsel is available to answer any questions Your Honor may have.

                                Respectfully submitted,

                                */s/Stuart J. Guber*

                                Stuart J. Guber

Encl. (1)

cc: All counsel of record (via ECF w/o enclosures)

101 GREENWOOD AVE   JENKINTOWN, PA 19046   PHONE: 215.277.5770   FAX: 215.277.5771   FARUQILAW.COM