UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :
                                                            :
In re: LONGWEI PETROLEUM INVESTMENT    :     13 Civ. 0214 (RMB)
HOLDING LIMITED SECURITIES LITIGATION  :
                                                            :     **ORDER**
                                                            :
                                                            :
------------------------------------------------------------X

Counsel for Plaintiffs, Faruqi & Faruqi, LLP, is directed to file with the Court the completed Stipulation of Settlement and corresponding exhibits by Tuesday, May 17, 2016 at 5:00 p.m.

Dated: New York, New York
       May 13, 2016

                                                _____
                                                **RICHARD M. BERMAN**
                                                U.S.D.J.