# Exhibit A

Heffler Invoices + Vendor/Third Party Invoices to correlate with billing
(Attached Invoices Coded)

*Invoice 30874-2016001 – for services through July 31, 2016:
- Amount updated – noticed a duplication of hours, revised 'Staff– blended rate' hours
and there was a clerical error in the 'Broker Bills' – this total should be $1,283.60 not
$1,342.00
- Print charge includes the printer's (NPC) invoice for mailing, as well as HCG time
working on the data and prepping file for the printer
- Postage – The total postage for the mailing initial mailing was $912.17, NPC was sent
an advance of $575.68 and then billed the additional $336.49 on their invoice. The
additional postage charges are for internal mailings and Fedex charges in relation to Bulk
Broker Requests and sending the advance postage check to the printer

*Invoice 30874-2016002 – for services through August 31, 2016:
- Amount updated – noticed a duplication of hours, revised 'Staff – blended rate' hours
- Requests for Notice – 775 Broker Request, 8 individual requests
- The difference in the printer invoices, and billed charges for 'Respond to Requests for
Notice' includes time that went into receiving, combining, and prepping the mail files
received from various Brokers
- Postage – Includes postage from NPC invoice as well as internal postage for mailings +
Fedex for sending Bulk Broker Requests
- When we receive the claims we bill the full amount ($7.95/claim), this then includes
work done on the claim moving forward – processing, labeling, scanning, data entry

*Invoice 30874-2016003 – for services through September 30, 2016:
- The difference in the printer invoices, and billed charges for 'Respond to Requests for
Notice' includes time that went into receiving, combining, and prepping the mail files
received from various Brokers
- Postage – we sent two postage advances the printer (NPC), $4,250.00 and $1,092.08,
this why the postage is low on the invoices received. The additional postage charges are
for internal mailings and Fedex charges in relation to Bulk Broker Requests and sending
the advance postage check to the printer. 'Broker Bills' is from 3 FedEx postage receipts
for additional Bulk Requests sent.

*Invoice 30874-2016004 – for services through October 31, 2016:
- Amount updated – noticed a duplication of hours, revised 'Clerical or Data Entry' hours
- When we receive the claims we bill the full amount ($7.95/claim), this then includes
work done on the claim moving forward – processing, labeling, scanning, data entry



**Heffler Claims**
Group

September 6, 2016

Stuart J Guber
Faruqi & Faruqi
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046

Invoice: #30874-2016001

Re:  **Longwei Petroleum Limited Holding Securities Litigation**

Invoice for administration services through July 31, 2016:

| | |
|---|---:|
| Database Management (3 hours @ $150) | 450.00 |
| Set up, format and proof notice and claim form (8 hours @ $125) | 1,000.00 |
| Submit file to NCOA | 100.00 |
| Print, address, deliver Notice to Post Office (1,238 @ $2) | 2,476.00 (A) |
| Process Notices returned as undeliverable (377 @ $0.50) | 188.50 |
| Receive respond to requests for Notice (687 @ $2) | 1,374.00 |
| Set up free standing Website | 3,500.00 |
| Monthly Website maintenance, including hosting | 175.00 |
| Set up IVR and train Operators | 1,500.00 |
| Media Campaign | 3,277.00 (B) |
| Scanning setup | 500.00 |
| Scanning/Images of Documents (377 @ $0.15) | 56.55 |
| Mail Handling Charges (377 @ $0.15) | 56.55 |
| Fees: | |
| Partner (12.25 hours @ $230) | 2,817.50 |
| Project Management (17 hours @ $150) | 2,550.00 |
| Staff – blended rates (12.50 hours @ $85) | 1,062.50 |
| Clerical/Data Entry (6.5 hours @ $65) | 422.50 |
| Out of pocket expenses: | |
| Postage/Courier | 1,094.38 (C) |
| Po Box | 100.00 (D) |
| Broker Bills | 1,283.60 (E) |
| Photocopies, Telephone, Technology, Supplies, etc. | 441.56 (F – URL) |

**Amount Due:**                            **$24,425.64**

Please submit payments to:
Heffler Claims Group
1515 Market Street, Suite 1700
Philadelphia, PA 19102

If you wish to make payment by wire please send an email to the

1515 Market Street, Suite 1700 ▪ Philadelphia, PA 19102 ▪ 215.665.8870 ▪ Fax 215.665.0613

California | New Jersey | New York | Oklahoma | Oregon
**www.HefflerClaims.com**





P: 800.847.5757
F: 814.239.8706

www.npcweb.com

13710 Dunnings Hwy | P.O. Box 373 | Claysburg, PA 16625

**Remit To:**
**NPC, Inc.**
**PO Box 373**
**Claysburg, Pa. 16625**

# INVOICE

**Bill To:**

Heffler Claims Group (745)
1515 Market Street
Suite 1700
Philadelphia  PA  19102

Invoice:  88904
Invoice Date:  7/8/16
Print Order:
Job Number:  C0549

**Thank you for your business!**

| Qty Ordered | Qty Shipped | Description | Unit-Price | U/M | Price |
|---|---|---|---|---|---|
| 1,238 | 1,238 | LWI - WITH AND WITHOUT A COVER LETTER | 0.0000 | | 1,965.00 |
| 6 | 6 | TYPESETTING | 45.0000 | Each | 270.00 |
| | | MAILED 1238 COPIES ON 7/7/2016 | 0.0000 | | 336.49 |
| | | | | Net Sales: | 2,235.00 |
| | | | | Postage: | 336.49 |
| | | | | Invoice Total: | 2,571.49 |

Terms:  Net 90 days

A late charge of .0005 will be charged against unpaid balance for each day that a payment is past due.



**HF Media LLC**
An affiliate of Heffler Claims Group

In re: LONGWEI PETROLEUM INVESTMENT HOLDING LIMITED SECURITIES LITIGATION
Case 1:13-cv-00214-RMB-RLE Document 279 Filed 06/23/16

| Bill To | Please Remit To | Wire Instructions |
|---|---|---|
| Stuart Guber<br>Faruqi & Faruqi | Heffler Claims<br>1515 Market Street,<br>Suite 1700<br>Philadelphia, PA 19102<br>Attn: Ron Bertino, CPA<br>T: 215-972-5045 | **Account:** Heffler Radetich and Saitta LLP<br>**Account Number:** 7678243812<br>**Routing Number:** 231372691<br>**Bank:** Santander Bank |

### Media Vendors Invoiced at Net Cost

| | |
|---|---|
| Investor's Business Daily | $1,617.99 |
| Press Release over Globewire's U.S. National circuit | 1,658.82 |

**Total Cost:** $3,277.00

We appreciate your business.  Thank you for the opportunity to be of service to you.

1515 Market Street, Suite 1700 ▪ Philadelphia, PA 19102 ▪ 215.665.8870 ▪ Fax 215.665.0613

Lake Oswego, OR ▪ Mount Laurel, NJ ▪ Edmond, OK ▪ San Francisco, CA
**www.hfmediallc.com**

# UNITED STATES POSTAL SERVICE®

## Certificate of Bulk Mailing — Domestic

See Reverse for Instructions.

### Fee for Certificate

Up to 1,000 pieces (1 certificate for total number)

For each additional 1,000 pieces, or fraction thereof:

Duplicate Copy ☐

| Use Current Price List (Notice 123) | Post or (u of tot |
|---|---|

Acce affix

if pai
Postal/One/Transaction Number here:

$ 07.650

02 1R
0002011719   JUL 07 2016
MAILED FROM ZIP CODE 16825

| Number of Identical Weight Pieces | Class of Mail | Postage for Each Mailpiece Paid | ☑ Verified | Number of Pieces to the Pound |
|---|---|---|---|---|
| 383 | 1st Class | 283.165 | | $7.65 |

| Total Number of Pounds | Total Postage Paid for Mailpieces | | Fee Paid |
|---|---|---|---|
| 745 | Mailed By | NPC, INC. | |

Mailed For   C0550

### Postmaster's Certification

It is hereby certified that the number of mailpieces presented and the associated postage and fee were verified. This certificate does not provide evidence that a piece was mailed to a particular address.

_____
(Postmaster or Designee)

PS Form 3606-D, May 2015 (Page 1) PSN 7530-17-000-5548

38@1.5
60.15
261.98

347@.675

**UNITED STATES POSTAL SERVICE®**

# Certificate of Bulk Mailing — Domestic

## Fee for Certificate

| | |
|---|---|
| Up to 1,000 pieces (1 certificate for total number) | Use Current Price List (Notice 123) |
| For each additional 1,000 pieces, or fraction thereof | |

Duplicate Copy ☐

| Number of Identical Weight Pieces | Class of Mail | Postage for Each Mailpiece Paid | Number of Pieces to the Pound |
|---|---|---|---|
| 57 | 1st Class | | |

| Total Number of Pounds | Total Postage Paid for Mailpieces | ☑ Verified Fee Paid |
|---|---|---|
| 745 | 75.05 | $7.65 |

Mailed For **C0549**   Mailed By **NPC, INC.**

## Postmaster's Certification

It is hereby certified that the number of mailpieces presented and the associated postage and fees were verified. This certificate does not provide evidence that a piece was mailed to a particular address.

_____
(Postmaster or Designee)

PS Form 3606-D, May 2015 (Page 1) PSN 7530-17-000-5648

47@1.15
$@2.13
7@1.68

See Reverse for Instructions

UNITED STATES POSTAGE
02 1R
000201117719
MAILED FROM ZIP CODE 16825

USPS
$07.650
JUL 07 2015

CLEARFIELD, PA
16825

Postage, or (uncanceled stamps) of total fee

Acceptance affixed to:

If payment paid by PC Postal/One! Transaction Number here:

United States Postal Service
# Postage Statement -- First-Class Mail

| Transaction Number: 201618915225411 MO | CAPS Transaction Number: | Postage Statement Number: 245322785 | |
|---|---|---|---|

**Mailing Group**

| Mailing Group ID 170348603 | | Mailing Job Number 745 C0549 | Open Date 07-07-2016 |
|---|---|---|---|
| Preparer NPC, INC. | | Origin PSW - Mailer Entered | Close Date |
| Job Description | | | |

**Mailer**

| Permit Holder's Name and Address and Email Address, if Any | Name and Address of Mailing Agent (if other than permit holder) | Name and Address of Individual or Organization for Which Mailing is Prepared (if other than permit holder) |
|---|---|---|
| NPC, INC.<br>13710 DUNNINGS HWY<br>PO BOX 373<br>CLAYSBURG, PA 16625-7802<br>Contact Name: RACHAEL KENSINGER<br>(814)239-8787<br>Rachael.kensinger@npcweb.com<br><br>CAPS Customer Ref. No: 745 C0549<br><br>CRID: 5245826 | NPC, INC.<br>13710 DUNNINGS HWY<br>CLAYSBURG, PA 16625-7802<br><br>CRID: 5245826 | HEFFLER CLAIMS GROUP<br>1515 MARKET ST SUITE 1700<br>PHILADELPHIA, PA 19102<br><br>CRID: 12544072 |

**Mailing**

| Post Office of Mailing CLAYSBURG, PA 16625-9998 | Processing Category Letters (may include Cards) | Parcels Only Hold For Pickup (HFPU): | Maller's Mailing Date 07/07/16 | Federal Agency Cost Code | Statement Seq. No. | No. & type of Containers |
|---|---|---|---|---|---|---|
| Type of Postage Permit Imprint | | No. of Pieces 0 | Weight of a Single Piece 0.1125 lbs. | Combined Mailing [ ]Single Class | SSF Transaction ID# 0 | Sacks: 0<br>1 ft. Letter Trays: 0<br>2 ft. Letter Trays: 5<br>EMM Letter Trays: 0<br>Flat Trays: 0 |
| Permit # 6 | For Mail Enclosed Within Another Class [ ]Standard Mail [ ]Bound Printed Matter [ ]Library Mail [ ]Media Mail | | | [ ]Periodicals [ ]Parcel Post | Total Pieces 798 | Pallets: 0<br>Other: 0 |
| For Automation Rate Pieces, Enter Date of Address Matching and Coding | Move Update Method: Alternative Method | | | | Customer Generated Electronic Labels [ ] SigCon | |
| | | | | | Total Weight 89.7750 lbs. | |

**Postage**

| Letter-size mailpieces contain: [ ]Round Trip Only: One DVD/CD or other disk | Parts Completed **B** | | |
|---|---|---|---|
| This is a Political Mailing No | | Subtotal Postage (Add parts totals) | $538.65 |
| This is Official Election Mail No | | | |
| Complete if the mailing includes pieces bearing metered/PC Postage or precanceled stamps. Rate at Which Postage Affixed (Check one) [ ]Correct [ ]Lowest [ ]Neither | ____ pcs. x $____.____ = **Postage Affixed** | | $0.00 |
| | Incentive/Discount ____ | | $0.00 |
| | Fee ____ | | $0.00 |
| | **Net Postage Due** | | $538.65 |
| For USPS Use Only: Additonal Postage Payment (State reason) | | **Total USPS Adjusted Postage** | $538.65 |

**Certification**

Incentive/Discount Claimed: N/A          Type of Fee: N/A

The mailer certifies acceptance of liability for and agreement to pay any revenue deficiencies assessed on this mailing, subject to appeal. If an agent certifies that he or she is authorized on behalf of the mailer then that mailer is bound by the certification and agrees to pay any deficiencies. In addition, agents may be liable for any deficiencies resulting from matters within their responsibility, knowledge, or control. The mailer hereby certifies that all information furnished on this form is accurate, truthful, and complete; that the mail and the supporting documentation comply with all postal standards and the mailing qualifies for the prices and fees claimed; and that the mailing does not contain any matter prohibited by law or postal regulation. I understand that anyone who furnishes false or misleading information on this form or who omits information requested on this form may be subject to criminal and/or civil penalties, including fines and imprisonment.

Privacy Notice: For information regarding our Privacy Policy visit www.usps.com

This postage statement was verified and accepted under the PostalOne! program. No postal signature or round stamp is required.

# Part B

**Nonautomation Prices**

Letters

| | | Price | No. of Pieces | Subtotal Postage | Discount Total | Fee Total | Total Postage |
|---|---|---|---|---|---|---|---|
| B7 | Nonpresorted/Single-Piece* | $0.675 | 798 | $538.6500 | $0.0000 | $0.0000 | $538.6500 |

**Part B Total** *(Add lines B1-B20)* $538.65

This postage statement was verified and accepted under the PostalOne! program. No postal signature or round stamp is required.

PS Form **3600-FCM** Apr 2016 *(Page 2 of 2)*

```
===================================
          PENN CENTER
 1500 JOHN F KENNEDY BLVD STE C31
         PHILADELPHIA
             PA
          19102-9997
          4165510148
06/29/2016    (800)275-8777    9:30 AM
===================================
===================================
Product            Sale      Final
Description        Qty       Price

6-MO Box                     $100.00
     (Box ZIP Code:19102)
     (Box Number:58504)
     (Box Size:Size 2 - 5 in x 5.5 in)
     (Rental Period:Semi-Annual)
     (Rental Start Date:06/29/2016)
     (Next Renewal Date:12/31/2016)
Key Fee                      $0.00
     (Keys Delivered:2)
Key Deposit                  $0.00
     (Key Count:2)
     (Key Number:26254)
_____
Total                        $100.00
_____
Personl/Bus Check            $100.00


*****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*****************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.


*****************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
*****************************************


All sales final on stamps and postage
Refunds for guaranteed services only
      Thank you for your business

    HELP US SERVE YOU BETTER

    TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

           Go to:
  https://postalexperience.com/Pos

  840-5190-0152-005-00003-07312-02

     or scan this code with
      your mobile device:
```



| | |
|---|---|
| **From:** | ClassActionJMS@janney.com |
| **Sent:** | Tuesday, July 12, 2016 10:52 AM |
| **To:** | Margaret Velasquez |
| **Subject:** | LONGWEI PETROLEUM INVT Cusip: 543354104 |
| **Attachments:** | ClassAction-HEFFLER CLAIMS GROUP-160712105118.csv |

From Janney Montgomery Scott LLC

Law Firm Name: HEFFLER CLAIMS GROUP

Cusip: 543354104

Hello MARGARET VELASQUEZ,

Dear Reader: Attached please find lists with the names and addresses of all Janney Montgomery Scott LLC and Parker Hunter clients who held the above listed shares. Please send a copy of this notice to each shareholder directly. We are requesting reimbursement of our expenses, which we believe to be reasonable. Cost, for producing the reports is $50.00. Please send your remittance, made payable to Janney Montgomery Scott LLC, directly to my attention.

Sincerely,
Zachary Schwarz
Legal Department
Janney Montgomery Scott LLC
1717 Arch Street, 19th Floor
Philadelphia PA 19103
http://jwww.janney.com

Janney: The Highest Standard of Success in Financial Relationships.

Janney Montgomery Scott LLC (Janney) will not accept orders and/or instructions for the purchase or sale of a security or other product via an e-mail transmission. This electronic communication is intended only for the person or entity to which it is addressed and may contain confidential, proprietary or privileged material. Any review, re-transmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited. No confidentiality or privilege is waived by any accidental or unintentional transmission. If you received this electronic communication in error, please contact the sender immediately and delete the material from your computer. Janney cannot guarantee the confidentiality of the material transmitted and reserves the right to monitor all e-mail communications through its networks. Please go to http://www.janney.com for additional terms and disclosures relating to this electronic communication.


**Mesirow Financial**®

353 North Clark Street, Chicago, Illinois 60654
312.595.6000 • mesirowfinancial.com

July 12, 2016

Longwei Petroleum Securities Litigation
C/O: Heffler Claims Group
P.O. Box 58504
Philadelphia, PA 19102-8504

Re:    Longwei Petroleum Securities Litigation
       Case No. 13 CIV 214
       Cusip(s): 543354104
       Class Action Period: 09/28/2010 – 01/03/2013

Dear Administrator:

Mesirow Financial, Inc. will reasonably incur the out of pocket expenses set forth below:

Fee due: **$75.00** ($75.00 per every 20+ cusips/query)

**Please enclose a copy pf this letter and remit a check payable to:**

Mesirow Financial, Inc.
Attn: Reorg Department
353 N. Clark St., 5th Floor
Chicago, IL 60654-9934

We have not forwarded a copy of the Notice and Proof of Claim to these individual. We will however send the names and addresses uncovered when payment is received.

If additional information is needed, please direct all inquiries to: 312-595-6120.

Sincerely,

Deborah Lyne
Global Markets – Security Processing
353 N Clark Street, 5th floor
Chicago, IL 60654
E: dlyne@mesirowfinancial.com
P: 312-595-6120

Mesirow Advanced Strategies, Inc. ■ Mesirow Financial Commodities Management, LLC ■ Mesirow Financial Consulting, LLC ■ Mesirow Financial Interim Management, LLC
Mesirow Financial Investment Management, Inc. ■ Mesirow Financial Private Equity Advisors, Inc. ■ Mesirow Financial Real Estate, Inc. ■ Mesirow Financial Structured Settlements, LLC
Mesirow Insurance Services, Inc. ■ Mesirow Realty Sale-Leaseback, Inc. ■ Securities offered through Mesirow Financial, Inc. Member NYSE, SIPC

 **Securities**

Date: July 18, 2016

To:   Longwei Petroleum Securities Litigation
      c/o Heffler Claims Administration
      Attn: Barbara Wexler/Claims Administrator
      P. O. Box 58504
      Philadelphia, PA 19102-8504

Ref:   Longwei Petroleum Investment Holding Ltd.
Cusip: 543354104

Invoice # 17270

Dear Sir:

Please be advised that the processing fee for the above litigation that you requested is
listed below:

Amount due within 45 days in receipt of this invoice: $50.00

Thank you in advance for your prompt attention to this matter.

Sincerely,

BB&T Securities

Jesse Sprouse
804-253-6441

8006 Discovery Drive, Richmond, VA 23229-8600   BBTSecurities.com

BB&T Securities, LLC, member FINRA/SIPC. BB&T Securities, LLC is a wholly-owned nonbank subsidiary of BB&T Corporation,
is not a bank, and is separate from any BB&T bank or non-bank subsidiary. Securities and insurance products or annuities sold, offered, or
recommended by
BB&T Securities are not a deposit, not FDIC insured, not guaranteed by a bank, not guaranteed by any federal government agency and may lose value.

 **UBS** Financial Services

UBS Financial Services
1000 Harbor Boulevard
Weehawken, NJ 07086
Proxy Dept

## INVOICE

Longwei Petroleum Investment Holding
C/o Heffler Claims Group
P.O. Box 58504
Philadelphia, PA 19102-8504

Date:       7/22/2016
INVOICE #  **1571**

DEAR SIRS:

**UBS has completed transactions for the cusip numbers**       **PROCESSING FEE BASED ON .20 PER CLIENT**

JOB INFORMATION

| Cusip Number: | 543354104 | ITEM     73 | TOTAL CHARGES |
|---|---|---|---|
| Longwei Petroleum Investment Holding | | PROCESSING FEE | $14.60 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please review your records and if they are in accordance with our inquiry, issue payment in the amount of                    $14.60

Remit Check To :

UBS Financial Services
1000 Harbor Boulevard                    Sincerely,
7th Floor Attn: Jane Flood
Weehawken, NJ 07086                    Jane Flood

Proxy Department
Phone: (201)352-7319

UBS Financial Services Inc. is a subsidiary of UBS AG



## Secured Message

Reply

| | |
|---|---|
| From: | Resmann, Zachary (Ops-Stock Record) <resmannz@stifel.com> |
| To: | "mvelasquez@hefflerclaims.com" <mvelasquez@hefflerclaims.com> |
| Date: | 07/22/2016 11:22:18 AM EDT |
| Subject: | Longwei Petroleum Class Action Labels |
| Attachments: | Longwei Petroleum Investment Hldg Ltd 09282010 to 01032013.xlsx Class action label Invoice.docx |

7/19/2016


*Longwei Petroleum Investment Hldg Ltd Securities Litigation*
c/o Heffler Claims Group
P.O. Box 58504
Philadelphia, PA 19102-8504


RE:     Longwei Petroleum Investment Hldg Ltd
        All Purchasers 09/28/2010 to 01/03/2013

Enclosed please find an electronic file of names and addresses of all persons and entities for the class action listed above.

Please remit a check in the amount of $26.50 for reimbursement of labels and research to my attention at the address below.

If you have any questions, please contact me at (314) 342-3694 or via email at resmannz@stifel.com.


Sincerely,


*Zachary J. Resmann*
Stock Records
Stifel Nicolaus & Company Inc
501 North Broadway
Saint Louis, MO  63102-2188


Enclosures
53 labels

This message, and any of its attachments, is for the intended recipient(s) only, and it may contain information that is privileged, confidential, and/or proprietary and subject to important terms and conditions available at http://www.stifel.com/disclosures/emaildisclaimers/. If you are not the intended recipient, please delete this message and immediately notify the sender. No confidentiality, privilege, or property rights are waived or lost by any errors in transmission.

Reply

Copyright © 2011–2016 Cisco Systems, Inc. and/or its affiliates. All rights reserved.



# INVOICE

First Clearing, LLC
H0006-08N
2801 Market Street
St. Louis, MO 63103
Phone (314) 875-6564Fax (314) 875-7940

INVOICE #2013
DATE: JULY 22, 2016

**To:**

**Claims Administrator**
**C/O Heffler Claims Administration**
**1515 Market Street  Suite 1700**
**Philadelphia, PA 19102**

**For:**

Compensation for name and address research provided in conjunction with the following class action case(s) listed below:

| Company Name | Case # | Hours | Rate | Amount |
|---|---|---|---|---|
| Longwei Petroleum Investment holding Ltd. | 13-CV-00214-RMB | 2 | $50/hr | $100.00 |
| | | | TOTAL | $100.00 |

Please make all checks payable to First Clearing Corporation.

Send check(s) for the amount(s) listed above to the following address:

First Clearing Corporation
Attn: Proxy Dept.
H0006-08N
2801 Market Street
St. Louis, MO 63103

Please reference the class action suit(s) being paid.

If you have any questions, please contact Cynthia Brown
Proxy Department / Phone #314-875-6564

**Thank you!**

**sterne
agee**

Date: 7/21/16

Attn: Heffler Claims Group

We hereby make claim to you for the expense of inquires ran for litigation labels:

Litigation Name: **Longwei Petroleum Investment Ltd**

Beta Request Number: 2564

Amount Due: $ 50.00

Explanation of amount incurred:
To obtain the customers that held the security during the litigation's specified date range each cusip is input into BETA through the Bluesheet function. The cost is $50.00 per request. The above listed Litigation(s) make up one $ 50.00 request.

If there are any questions regarding this claim please contact Carrie Kelly (205) 414-7333.

Respectfully,

*Whitney Pyle*

Whitney Pyle
Securities Transfer Dept
Sterne Agee & Leach, Inc.
Phone: (205) 414-7212
Fax: (205) 868-6762

Upon receipt of the above $ via check, we guarantee to hold you free and harmless from any further claim(s) you may receive pertaining to this litigation.

Please mail check to:
Sterne Agee & Leach, Inc.
Attention: Securities Transfer
2 Perimeter Park S., Suite 100W
Birmingham, AL 35243

## INVOICE #    4572

| Customer | | | | | Terms | |
|---|---|---|---|---|---|---|
| Name | Heffler Claims Group/Longwei Petroleum Securities Litigation | | | | Invoice Date: | 7/25/2016 |
| Address | PO Box 58504 | | | | Due Date: | 8/24/2016 |
| City | Philadelphia | St  Pa | ZIP | 19102 | Terms: | |
| Phone | | | | | | |

| Description | Unit Price | TOTAL |
|---|---|---|
| 104 Names minimum charge $150.00<br>Longwei Petroleum Investment Holding Ltd Common Stock<br>Period: Purchasers 9/28/10 thru 1/03/13 | | $              150.00 |

**TOTAL DUE**  $              150.00

Please mail a check to:

RBC Wealth Management

Attn: Steve Schafer – P09

60 S 6th St

Minneapolis Mn  55402

Questions?: Contact Steve Schafer at 612-607-8529

# Margaret Velasquez

| | |
|---|---|
| **From:** | Schafer, Steve <steve.schafer@rbc.com> |
| **Sent:** | Monday, July 25, 2016 12:52 PM |
| **To:** | Margaret Velasquez |
| **Subject:** | Longwei Petroleum Securities Litigation |
| **Attachments:** | ClassActionInvoice.xls; LongweiPetroleumInvtHoldingLtdMaster.xlsx |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**Steve Schafer** | Senior Associate, Dividends & Reorganization | US Brokerage Operations | **RBC Capital Markets, LLC** | T: (612) 607-8529 F: (612) 607-8520

RBC Wealth Management does not accept buy, sell, or cancel orders by email, or any instructions by email that would require your signature. Please visit RBC Wealth Management Email Disclosures for material details about our products and accounts, as well as for other important information.

Disclosure information regarding potential conflicts of interest on the part of RBC Capital Markets, LLC in connection with companies that are the subject of any third-party research report included in this email message may be found at Third-Party Research Disclosures.

RBC Wealth Management, a division of RBC Capital Markets, LLC, Member NYSE/FINRA/SIPC.



**HilltopSecurities**
A Hilltop Holdings Company.

# INVOICE

## Hilltop Securities Inc.

INVOICE # 1601BACA
DATE: JULY 19, 2016

1201 Elm Street, Suite 3500
Dallas, TX 75270-2180
Phone: (214) 859-1800
Fax:    (214) 859-9312
Member: NYSE/FINRA/SIPC

Tax ID: 75-1382137

BILL TO:    Longwei Petroleum Investment Holding Limited Securities Litigation
c/o Heffler Claims Group
P.O. Box 58504
Philadelphia, PA 19102-8504
Telephone: 1-844-491-5742
Website: www.longweipetroleumsecuritieslitigation.com

RE: Longwei Petroleum Investment Holding Limited Securities Litigation

### ESTIMATE

| Quantity | Production Item Description | Cost Per Item |
|----------|----------------------------|---------------|
| 1 | $ 200.00 Per Label Set | $200.00 |
| | Total | $200.00 |
| | Balance Due Upon Receipt | $200.00 |

**Note: Effective January 25, 2016, all class action label fees have increased.**

If you have any questions, please contact the Legal Department at (214) 859-1583.

Make all checks payable to: **Hilltop Securities Inc.**

Citigroup Global Markets Inc.
388 Greenwich Street – 11ᵗʰ Floor
New York NY 10013.
Attn; Sonia Cumberbatch
212-816-2682

Citigroup Global Market, Inc.

## Invoice for Client List
(Citigroup Global Markets, Inc., Broker #274)

Longwei Petroleum Investment
Holding Ltd

| | | |
|---|---|---|
| Reference Number: | CL2231 | |
| Number of Names/Add Sent: | 1 | |
| Generation of Names/ Address<br>CPU Time<br>Research Time | | $153.25 |
| Labels | 1 pages @ $1.75/page | $1.75 |
| Total Due | | $155.00 |

Citigroup
Global Markets, Inc
& Worldwide
Affiliates
Atlanta
Berlin
Boston
Chicago
Dallas
Frankfurt
Hong Kong
London
Los Angeles
Madrid
Melbourne
New York
Osaka
Paris
San Francisco
Seoul
Singapore
Sydney
Taipei
Tokyo
Toronto
Zurich

**PLEASE REMIT PAYMENT TO:**
**Citigroup Global Markets, Inc.**
**Salomon Brother's, Inc. (Broker#274)**
388 Greenwich Street – 11ᵗʰ Floor.
New York NY 10013.
Attn; Sonia Cumberbatch

Prepared By
Aaron Robinson

# Citigroup Global Markets Inc.

*DIRECT ALL INQUIRIES TO PROXY DEPARTMENT*
*(212) 615-9346, OPTION 6 AND 0*

TYPE OF MAILING - CLASS ACTIONS

## Longwei Petroleum Investment Holding Ltd

### Heffler Claims

EXPENSE INCURRED IN CONNECTION WITH MAILING

## Broker 418

| Number Of Sets mailed | | Service Fee | |
|---|---|---|---|
| | $0.50 | | $75.50 |
| Domestic Postal Expense | Foreign Postal Expense | Total Postal Expense | |
| Outgoing Envelope Expense | Return Prepaid Envelope Expense | Total Envelope Expense | |
| Bulk Fee | Others | Total Bulk Fee and Other Expenses | |
| **TOTAL AMOUNT DUE (In U.S. Funds)** ➤ | | | **$75.50** |

BILL COPY

---

## PROXY DEPARTMENT

P.O. BOX 5873
New York, NY 10087-5873

Proxy Control No.                **13 CIV.214**

SB Security No.                  **543354104000**

| Record Date | Receive Date |
|---|---|

| Meeting Date | Mail Date |
|---|---|
| | **07/25/16** |

| Order Date | Bill Date |
|---|---|
| | **07/25/16** |

Number of Sets Mailed          **151**

Please remit the total amount due upon receipt.
Send your remittance to
Citigroup Global Markets Inc.
P.O. Box 5873
New York, NY 10087-5873

## Claims Administrator Reimbursement Letter

Heffler, Radetich & Saitta LLP
1515 Market Street
Suite 1700
Philadelphia, PA
UNITED STATES
19102

RE: LONGWEI PETROLEUM INVESTMENT HOLDING LIMITED (S.D.N.Y)

Dear Claims Administrator:

We request reimbursement of the costs associated with researching and notifying affected holders in the class action referenced above. Notification was forwarded to all affected beneficiaries 07/25/2016. Please see the following breakdown of costs:

|  |  |
|---|---|
| Research Fee | $225.00 |
| 3 CUSIP(s) @ $25.00 Each | $75.00 |
| *(CUSIP research through CUSIP Web, Bloomberg, BNY Mellon's Custody Management System and ISS Website)* |  |
| 74 Notifications @ $0.50 Each | $37.00 |
| **Total** | $337.00 |

Please issue payment via check payable to BNY Mellon and mail to:

BNY Mellon – Global Class Actions
Two BNY Mellon Center
525 William Penn Place – Suite 400
Pittsburgh, PA 15259

We appreciate your prompt processing of this reimbursement request. When submitting reimbursement, please send a copy of the original letter with your payment and clearly indicate the class action for which you are submitting reimbursement.

SANKET BHAVE RAO
Authorized Signature

07/26/2016
Date

# Thanks for your order, Greg.

Here's your confirmation for order number 992509999. Review your receipt and get started using your products.

| | 1 Domain | 1 Year | $10.67 |
|---|---|---|---|
| .COM Domain Registration | | | |
| lelakrellcsuc.lluetta.com | | | |
| Microsoft Office 365 Email - FREE Month | 1 User | 1 Month | $0.00 |
| | 1 User | 1 Year | $10.17 |
| | | | $40.00 |
| | 1 Year | | $10.67 |

[Access all products]

From: Greg Sandker *gsardker@allfarm*
To: Greg Sardker
Subject: FW: Greg, it's time to check you first purchase.



# Heffler Claims
## Group

September 26, 2016

Stuart J Guber                                         Invoice: #30874-2016002
Faruqi & Faruqi
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046

Re:     **Longwei Petroleum Limited Holding Securities Litigation**

Invoice for administration services through August 31, 2016:

| | |
|---|---:|
| Database Management (2 hours @ $150) | $   300.00 |
| Submit file to NCOA | 100.00 |
| Process Notices returned as undeliverable (65 @ $0.50) | 32.50 |
| Receive respond to requests for Notice (783 @ $2) | 1,566.00 (A) |
| Monthly Website maintenance, including hosting | 175.00 |
| Hard Copy Claim Forms (390 @ $7.95) | 3,100.50 |
| Additional claims  based on 25 transaction per claim | 3,058.30 |
| Scanning/Images of Documents (62 @ $0.15) | 9.30 |
| Mail Handling Charges (62 @ $0.15) | 9.30 |
| Data/Image Storage (1 month @ $200) | 200.00 |
| Fees: | |
| Partner (0.75 hours @ $230) | 172.50 |
| Project Management (11.25 hours @ $150) | 1,687.50 |
| Staff – blended rates (9.75 hours @ $85) | 828.75 |
| Clerical/Data Entry (6 hours @ $65) | 390.00 |
| Technical Consulting – blended rates (5 hours @ $150) | 750.00 |
| Out of pocket expenses: | |
| Postage/Courier | 202.72 |
| Photocopies, Telephone, Technology, Supplies, etc. | 361.00 |
| **Amount Due:** | **$12,943.37** |

Please submit payments to:
Heffler Claims Group
1515 Market Street, Suite 1700
Philadelphia, PA 19102

If you wish to make payment by wire please send an email to the
Project Manager requesting the wire instructions





13710 Dunnings Hwy | P.O. Box 373 | Claysburg, PA 16625

P: 800.847.5757
F: 814.239.8706



**Remit To:**
**NPC, Inc.**
**PO Box 373**
**Claysburg, Pa. 16625**

# INVOICE

**Bill To:**

Heffler Claims Group (745)
1515 Market Street
Suite 1700
Philadelphia   PA   19102

Invoice: 89744
Invoice Date: 8/29/16
Print Order:
Job Number: C2389

**Thank you for your business!**

| Qty Ordered | Qty Shipped | Description | Unit-Price | U/M | Price |
|---|---|---|---|---|---|
| 775 | 775 | LWI MAILNG (W/O COVER LETTER) | 0.0000 | | 232.50 |
| | | SHIPPED 775 COPIES BY FEDEX GROUND ON 8/26/2016 | 0.0000 | | 37.02 |

|  |  |
|---|---|
| Net Sales: | 232.50 |
| Freight - Taxable: | 37.02 |
| Tax: | 2.22 |
| Invoice Total: | 271.74 |

Terms:  Net 90 days

A late charge of .0005 will be charged against unpaid balance for each day that a payment is past due.



# Heffler Claims
Group

October 17, 2016

Stuart J Guber
Faruqi & Faruqi
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046

Invoice: #30874-2016003

Re:     **Longwei Petroleum Limited Holding Securities Litigation**

Invoice for administration services through September 30, 2016:

| | |
|---|---:|
| Submit file to NCOA | $100.00 |
| Process Notices returned as undeliverable (282 @ $0.50) | 141.00 |
| Receive respond to requests for Notice (14,673 @ $0.75) | 11,004.75 (A) |
| Monthly Website maintenance, including hosting | 175.00 |
| Administration/IT Fee for Plan of Allocation | 1,000.00 |
| Hard Copy Claim Forms (269 @ $7.95) | 2,138.55 |
| Additional claims  based on 25 transaction per claim | 291.55 |
| Scanning/Images of Documents (282 @ $0.15) | 42.30 |
| Mail Handling Charges (282 @ $0.15) | 42.30 |
| Data/Image Storage (1 month @ $200) | 200.00 |
| Fees: | |
| Partner (2.25 hours @ $230) | 517.50 |
| Project Management (8.75 hours @ $150) | 1,312.50 |
| Staff – blended rates (13 hours @ $85) | 1,105.00 |
| Technical Consulting – blended rates (1 hours @ $150) | 150.00 |
| Out of pocket expenses: | |
| Postage/Courier | 6,675.63 |
| Broker Bills | 168.15 |
| Photocopies, Telephone, Technology, Supplies, etc. | 357.00 |

**Amount Due:**                                              **$25,421.23**

Please submit payments to:
Heffler Claims Group
1515 Market Street, Suite 1700
Philadelphia, PA 19102

If you wish to make payment by wire please send an email to the
Project Manager requesting the wire instructions

---

 **NPC**®

13710 Dunnings Hwy | P.O. Box 373 | Claysburg, PA 16625

P: 800.847.5757
F: 814.239.8706

 www.npcweb.com

**Remit To:**
**NPC, Inc.**
**PO Box 373**
**Claysburg, Pa. 16625**

# INVOICE

**Bill To:**

Heffler Claims Group (745)
1515 Market Street
Suite 1700
Philadelphia  PA  19102

Invoice: 89865
Invoice Date: 9/6/16
Print Order:
Job Number: C2388

Thank you for your business!

| Qty Ordered | Qty Shipped | Description | Unit-Price | U/M | Price |
|---|---|---|---|---|---|
| 5,525 | 5,525 | LWI MAILING | 0.0000 | | 2,265.25 |
| | | MAILED 142 COPIES ON 9/1/2016 | 0.0000 | | 291.37 |
| | | MAILED 5383 COPIES ON 9/1/2016 | 0.0000 | | |
| | | | | Net Sales: | 2,265.25 |
| | | | | Postage: | 291.37 |
| | | | | Invoice Total: | 2,556.62 |

**Terms:  Net 90 days**

A late charge of .0005 will be charged against unpaid balance for each day that a payment is past due.



13710 Dunnings Hwy | P.O. Box 373 | Claysburg, PA 16625

P: 800.847.5757
F: 814.239.8706



**Remit To:**
NPC, Inc.
PO Box 373
Claysburg, Pa. 16625

# INVOICE

**Bill To:**

Heffler Claims Group (745)
1515 Market Street
Suite 1700
Philadelphia PA 19102

**Invoice:** 90055
**Invoice Date:** 9/15/16
**Print Order:**
**Job Number:** C2400

### Thank you for your business!

| Qty Ordered | Qty Shipped | Description | Unit-Price | U/M | Price |
|---|---|---|---|---|---|
| 5,616 | 5,616 | LWI MAILING (W/O COVER LETTER) | 0.0000 | | 2,246.00 |
| 775 | 775 | LWI BULK (W/O COVER LETTER) | 0.0000 | | 232.50 |
| | | SHIPPED 775 COPIES BY FEDEX ON 8/26/2016 | 0.0000 | | 37.02 |
| | | MAILED 5616 COPIES ON 9/12/2016 | 0.0000 | | 714.47 |

*On September*
*Invoice —*
*NPC Inv # 89144*

| | | |
|---|---|---|
| Net Sales: | 2,478.50 |
| Freight - Non-Taxable: | 37.02 |
| Postage: | 714.47 |
| **Invoice Total:** | 3,229.99 |

**Terms: Net 90 days**

A late charge of .0005 will be charged against unpaid balance for each day that a payment is past due.



P: 800.847.5757
F: 814.239.8706

www.npcweb.com

13710 Dunnings Hwy | P.O. Box 373 | Claysburg, PA 16625

**Remit To:**
**NPC, Inc.**
**PO Box 373**
**Claysburg, Pa. 16625**

## INVOICE

**Bill To:**

Heffler Claims Group (745)
1515 Market Street
Suite 1700
Philadelphia  PA  19102

Invoice: 90343
Invoice Date: 9/30/16
Print Order:
Job Number: C3184

**Thank you for your business!**

| Qty Ordered | Qty Shipped | Description | Unit-Price | U/M | Price |
|---|---|---|---|---|---|
| 2,722 | 2,722 | LWI MAILNG | 0.0000 | | 1,361.00 |
| 810 | 810 | LWI BULK COPIES | 0.0000 | | 324.00 |
| | | SHIPPED 810 COPIES BY UPS ON 9/29/2016 | 0.0000 | | 35.91 |
| | | MAILED 124 COPIES ON 9/29/2016 | 0.0000 | | 252.60 |
| | | MAILED 2598 COPIES ON 9/29/2016 | | | |

|  |  |
|---|---|
| Net Sales: | 1,685.00 |
| Freight - Non-Taxable: | 35.91 |
| Postage: | 252.60 |
| **Invoice Total:** | **1,973.51** |

**Terms:  Net 90 days**

A late charge of .0005 will be charged against unpaid balance for each day that a payment is past due.



# Heffler Claims
## Group

December 5, 2016

Stuart J Guber                                         Invoice: #30874-2016004
Faruqi & Faruqi
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046

Re:     **Longwei Petroleum Limited Holding Securities Litigation**

Invoice for administration services through October 31, 2016:

| | |
|---|---:|
| Skip-tracing (730 @ $0.50) | $365.00 |
| Re-mail a returned Notice to new address (209 @ $3) | 627.00 |
| Form letter correspondence (4 @ $5) | 20.00 |
| Monthly Website maintenance, including hosting | 175.00 |
| Hard Copy Claim Forms (1,022 @ $7.95) | 8,124.90 |
| Additional claims based on 25 transaction per claim | 9,906.75 |
| Scanning/Images of Documents (7,952 @ $0.15) | 1,192.80 |
| Mail Handling Charges (558 @ $0.15) | 83.70 |
| Data/Image Storage (1 month @ $200) | 200.00 |
| | |
| Fees: | |
| Partner (2.25 hours @ $230) | 517.50 |
| Project Management (13.50 hours @ $150) | 2,025.00 |
| Staff – blended rates (6.15 hours @ $85) | 522.75 |
| Clerical or Data Entry Time (2 hours @ $65) | 130.00 |
| Technical Consulting – blended rates (2 hours @ $150) | 300.00 |
| | |
| Out of pocket expenses: | |
| Postage/Courier | 166.27 |
| Photocopies, Telephone, Technology, Supplies, etc. | 356.75 |
| | |
| **Amount Due:** | **$24,713.42** |

Please submit payments to:
Heffler Claims Group
1515 Market Street, Suite 1700
Philadelphia, PA 19102

If you wish to make payment by wire please send an email to the
Project Manager requesting the wire instructions

---

1515 Market Street, Suite 1700 ▪ Philadelphia, PA 19102 ▪ 215.665.8870 ▪ Fax 215.665.0613

California | New Jersey | New York | Oklahoma | Oregon

**www.HefflerClaims.com**



## Heffler Claims
### Group

December 19, 2016

Stuart J Guber                                                    Invoice: #30874-2016005
Faruqi & Faruqi
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046

Re:     **Longwei Petroleum Limited Holding Securities Litigation**

Invoice for administration services through November 30, 2016:

| | |
|---|---:|
| Form letter correspondence (1 @ $5) | 5.00 |
| Monthly Website maintenance, including hosting | 175.00 |
| Live Operator Minutes (32 minutes @ $0.31) | 9.92 |
| Hard Copy Claim Forms (12 @ $7.95) | 95.40 |
| Review of Claims Filed – Blended rate (92.15 hours @$100) | 9,215.00 |
| Scanning/Images of Documents (153 @ $0.15) | 22.95 |
| Mail Handling Charges (12 @ $0.15) | 1.80 |
| Data/Image Storage (1 month @ $200) | 200.00 |
| | |
| Fees: | |
| Partner (0.25 hours @ $230) | 57.50 |
| Project Management (7.25 hours @ $150) | 1,087.50 |
| Clerical or Data Entry Time (22.25 hours @ $65) | 1446.25 |
| Technical Consulting – blended rates (47 hours @ $150) | 7,050.00 |
| | |
| Out of pocket expenses: | |
| Photocopies, Telephone, Technology, Supplies, etc. | 355.00 |
| | |
| **Amount Due:** | **$19,721.32** |

Please submit payments to:
Heffler Claims Group
1515 Market Street, Suite 1700
Philadelphia, PA 19102

If you wish to make payment by wire please send an email to the
Project Manager requesting the wire instructions



**Heffler Claims**
Group

February 16, 2017

Stuart J Guber                                    Invoice: #30874-2017001
Faruqi & Faruqi
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046

Re:     **Longwei Petroleum Limited Holding Securities Litigation**

Invoice for administration services through January 31, 2017:

| | |
|---|---:|
| Monthly Website maintenance, including hosting | $175.00 |
| Hard Copy Claim Forms (4 @ $7.95) | 31.80 |
| Scanning/Images of Documents (4 @ $0.15) | 0.60 |
| Mail Handling Charges (56 @ $0.15) | 8.40 |
| Data/Image Storage (1 month @ $200) | 200.00 |
| | |
| Fees: | |
| Partner (0.25 hours @ $230) | 57.50 |
| Project Management (5.25 hours @ $150) | 787.50 |
| Staff – blended rates (2 hours @ $65) | 170.00 |
| Technical Consulting – blended rates (14.50 hours @ $150) | 2,175.00 |
| | |
| Out of pocket expenses: | |
| Po Box Renewal | 100.00 |
| Postage/Courier | 23.42 |
| Broker Bills | 6,577.10 (A) |
| Photocopies, Telephone, Technology, Supplies, etc. | 364.75 |
| | |
| **Amount Due:** | **$10,671.07** |

Please submit payments to:
Heffler Claims Group
1515 Market Street, Suite 1700
Philadelphia, PA 19102

If you wish to make payment by wire please send an email to the
Project Manager requesting the wire instructions

The Bank of Nova Scotia
Global Wholesale Operations
Scotia Plaza
44 King Street West
Toronto, ON
Canada M5H 1H1

A

September 23, 2016.

Longwei Petroleum Investment Holdings Limited
Claims Administrator
c/o Heffler Claims Group
P.O Box 58504
Philadelphia, PA 19102-8504



Scotiabank
**SCOTIA CAPITAL INC.**
SCOTIA PLAZA
40 KING ST. WEST, 23RD FLOOR
TORONTO, ONTARIO M5W 2X6

Attention : Claims Administrator

RE: Longwei Petroleum Investment Holdings Limited  - Class Action Mailing

Please remit the amount of Cdn $ 249.05 covering the mailing completed
on September 16, 2016 of the above mentioned Class Action  Notice & Proof of Claim
to the Beneficial Holders.

Numbers of items mailed: 118
Postage Paid: $ 1.19                             $140.40

Handling Fee:                                    $80.00
HST 13%                                          $28.65


                         Total :                 $249.05

Please make the check  payable to:  Scotia Capital Inc. and send to my attention at this
address:  23rd Floor, Scotia Plaza - 40 King Street West  Toronto, ON  M5H  1H1

****** IF PAYING IN US CURRENCY, PLEASE PAY THIS AMOUNT: $ 187.25 ******

Sincerely,

Per: Normita Ramirez
Tel. #: 416-863-7842
Fax #: 416-863-7751
email: normita.ramirez@scotiabank.com

HST #: 86817624RT0001



Heffler Claims Group (Fifth Third Bancorp)
P.O. Box 58879
Philadelphia PA 19102
855-585-1125

Dear Solicitor,

**RE**          :     **LONGWEI PETROLEUM INVESTMENT HOLDING LTD...**
**CUSIP#**      :     543354104
**CLASS PERIOD** :   Purchasers a/o 09/28/2010 to 01/03/2013

**Dear Claims Administrator,**

Please forward all Class Action materials to our beneficial holders. The name and address labels are enclosed. This is a bill for services rendered for **LONGWEI PETROLEUM INVESTMENT HOLDING LTD.** We have supplied you with **1,961** names and addresses for which we are charging **$1.00** per label for E*Trade Financial customers **$1,961**

In addition, we must charge you $200.00 for the names and addresses obtained via Beta Blue Sheet requests. The Beta request must be made to obtain eligible class members who were Dreyfus Brokerage customers whom we acquired in June 2002. The amount is solely a pass through charge from the provider with no added markup from E*Trade Financial, LLC.

Total cash payment due:          **$2,161**

**Please make check payable to:**     **E*Trade Financial LLC.**

Forward check to the following address:

# E*Trade Financial LLC

*C/O Broadridge Business Outsourcing*
*Attn: Yasmine Casseus /Corporate Actions Dept.*
*2 Journal Square Plaza 5th floor*
*Jersey City NJ 07306-40061*
If you have any questions please contact Yasmine Casseus (888) 859-5915. Thank you in advance for your corperation.

 **Broadridge**®  REGISTERED INVOICE

REMITTANCE ADDRESS

Wire Transfers – BANK OF AMERICA, New York, NY
FED ABA #: 026 009 593    ACH ABA #: 021 200 339
ACCOUNT #: 000 189 000 775
SWIFT CODE: BOFAUS3N
Email your remittance details to: remittance@broadridge.com

Mail to –
    BROADRIDGE ICS
    P.O. BOX 416423
    BOSTON, MA 02241-6423

SERVICE INQUIRIES  (631) - 254-7447
BILLING INQUIRIES  (631) - 254-7422

INVOICE TERMS:  NET 30 DAYS

## INVOICE FOR THE FOLLOWING EXPENSES PROCESSING
### 54 SHAREOWNER POSITIONS
### OF THE CA INVOICE: LONGWEI PETRO.
### FOR REIMBURSABLE REORG CLASS ACTIONS

### JOB INFORMATION

| | |
|---|---|
| **JOB #** | N96212 |
| INVOICE DATE | 08/29/2016 |
| MGMT. CO. # | MC6085 |
| INVOICE # | FR16242019 |
| INVOICE DUE DATE | 09/29/2016 |
| JOB MAIL DATE | 08/24/2016 |

### DETAIL CHARGES

| ITEM | TOTAL CHARGES |
|---|---|
| PROCESSING FEE | 23.85 |
| POSTAGE | 33.06 |
| ENVELOPES/FORMS | .11 |

*See Invoice detail for breakdown of charges.*
*The Processing Fee is primarily for Data Processing (70%)*
*and Material Coordination (30%).*

LONGWEI PETROLEUM SECURITIES LITIGATION
ATTN: CLAIMS ADMINISTRATOR
C/O HEFFLER CLAIMS GROUP
P.O. BOX 58504
PHILADELPHIA          PA 191028504

*Past due accounts subject to a 1 1/2 % finance charge per month.*

| | |
|---|---|
| SUB TOTAL | 57.02 |
| PREPAYMENT (   ) | |
| SALES TAX DUE | .77 |
| **TOTAL DUE** US$ | 57.79 |

SEE SALES TAX INFORMATION SHEET FOR DETAILS.
SEE EXPLANATIONS ON THE BACK OF THIS PAGE.

-------------------------------------------------------------

**Broadridge**®

REMITTANCE:
Mail to –
    BROADRIDGE ICS
    P.O. BOX 416423
    BOSTON, MA 02241-6423
Wire Transfers – BANK OF AMERICA, New York, NY
FED ABA #: 026 009 593    ACH ABA #: 021 200 339
ACCOUNT #: 000 189 000 775
SWIFT CODE: BOFAUS3N

TERMS: NET 30 DAYS

| MANAGEMENT # | JOB # | INVOICE # | INVOICE DATE | DUE DATE |
|---|---|---|---|---|
| MC6085 | N96212 | FR16242019 | 08/29/2016 | 09/29/2016 |

Total Due This Invoice - US$        57.79

FUND NAME   REIMBURSABLE REORG CLASS ACTIONS

AMOUNT ENCLOSED

Please return this portion with your payment in US dollars.
Include your cusip number on your check made payable to:

BROADRIDGE

BRVREG

55555 0000000 231306000805 24090621200 082916 100000005779 6

August 23, 2016

**Via USPS**
Longwei Petroleum Securities Litigation
c/o Heffler Claims Group
P.O. Box 58504
Philadelphia, PA 19102

Re: Longwei Petroleum
CUSIP: 543354104

We are in receipt of your Notice of Class Action regarding the above-referenced securities requesting that we provide name and address information for those who purchased these securities through our firm (or cleared by our firm) during the period of September 28, 2010 through January 3, 2013.

I am enclosing an encrypted CD with an Excel Spreadsheet containing information for the purchasers with names and addresses during the above referenced time periods. Please contact me via email at Tiffany.Williams1@bnymellon.com for the password to the CD. It is our understanding that you will utilize the information to forward a copy of the Notice to each holder.

Based on Eisen v. Carlisle &Jacquelin, 417 U.S. 156 (1974), and other applicable law, Pershing is entitled to the reimbursement for the reasonable expenses incurring in searching our computer records to produce the requested records. The cost is $ 200.00 for each calendar year or part thereof for the first securities issue (CUSIP#) plus $20.00 per year for each additional securities issue. In this case, Pershing will charge a flat fee of $35.00. Accordingly, please forward a check for $35.00 to:

Pershing LLC
One Pershing Plaza, 10th Flr.
Jersey City, NJ 07399
Attn: Tiffany Williams, Legal Department

Your utilization of the enclosed information will constitute your agreement to reimburse for the above-referenced expenses incurred in connection with our response to your request.

Sincerely,

Tiffany Williams
Paralegal



**INVESHARE**
intelligent solutions for shareholder communications

4501 North Point Parkway, Suite 325
Alpharetta, GA 30022 United States of America
www.inveshare.com

Heffler Claims
1515 Market St.Ste 1700
Philadelphia, PA 19102
US
mvelasquez@hefflerclaims.com

**INVOICE**
Class Action

| | |
|---|---|
| Invoice # | CLI0000092 |
| Invoice Date | 9/21/2016 |
| Payment Terms | Net 30 |
| Event Type: | Class Action |
| Distribution Month: | Aug-16 |
| CUSIP: | Multi see attached |
| Shareholder Positions: | 98 |
| Electronic Delivery: | 0 |
| Postal Delivery: | 98 |
| **Broker Position Detail** | |
| OptionsXpress: | 0 |
| Vision Financial: | 0 |
| Trade Station: | 98 |

## INVOICE DETAILS

| Charges | Quantity | Rate | | Amount |
|---|---|---|---|---|
| Processing unit fee | 98 | 1.00 | $ | 98.00 |
| 9x12 Envelope | 98 | 0.10 | $ | 9.80 |
| Insertions | 98 | 0.50 | $ | 49.00 |
| Postage (Domestic) | 92 | See Detail | $ | 117.76 |
| Postage (International) | 6 | See Detail | $ | 21.84 |
| Cover Letter | 98 | 0.07 | $ | 6.86 |

**Total Amount In USD Due** $ 303.26

***Save a tree!*** To receive future invoices via email, please send a request to billing@inveshare.com.
*Past due amounts are subject to finance charge where applicable*



INVESHARE
intelligent solutions for shareholder communications

| Invoice Date | Invoice # | Due Date | Amount | Fund Name | Account Number |
|---|---|---|---|---|---|
| 9/21/2016 | CLI0000092 | 10/21/2016 | 303.26 | Heffler Claims | HEFFL000200 |

PLEASE DIRECT ALL INQUIRIES REGARDING THIS INVOICE AND CHANGE OF ADDRESS TO INVeSHARE BILLING DEPARTMENT AT 866.951.0041 (TEL), 404.419.8504 (INTL), 404.419.8603 (FAX), or billing@inveshare.com (EMAIL).

*To Send payment by credit card, please email billing@inveshare.com for Credit Card Authorization Form. *Visa, MasterCard, American Express, Discover accepted**

**TO SEND PAYMENT ELECTRONICALLY VIA ACH CREDIT (US ONLY): ** NOTE THIS ACCOUNT WILL NOT ACCEPT WIRES ACH ONLY **
ABA# 021052053 (SunTrust Bank), UPIC/Acct# 49836303, Reference: Account and invoice number

**\*\* Please send remit advice to Billing@inveshare.com \*\***

Checks or Money Orders (in USD) can be mailed with remittance copy to:
*INVeSHARE, Inc., P.O. Box 568, Alpharetta, GA 30009-0568, United States of America*

*For International Only: Please email billing@inveshare.com for wire instructions*



# INVOICE

*Get to know the New Scottrade*

Date: September 30, 2016
Case# 13 CIV 214

| | | | |
|---|---|---|---|
| Sender: | Legal Department<br>Scottrade Inc.<br>P.O. Box 31759<br>St. Louis, MO 63131-0759<br>(314) 965-1555 x2983<br>bvogel@scottrade.com | Shipped To: | Class Action Department<br>Heffler Claims Group<br>1515 Market Street, Suite 1700<br>Philadelphia, PA 19102<br>(855) 711-8800 |

| Production Official: | Production Type: | Shipping Method: | Shipping Date: | Request Pursuant To: |
|---|---|---|---|---|
| Bethany Vogel | CD | Overnight Fed-Ex | 8/2/2016 | Longwei Petroleum Class Action |

| Invoice Number: Please reference with payment | Tax ID Number |
|---|---|
| 201601764 | 86-0381976 |

| Services(s)/Records Provided: | Description: | Quantity | Unit Price Cost | Unit Price Per | Amount |
|---|---|---|---|---|---|
| Clerical or Technical Personnel | Researching and Processing Costs | 2,954 | $0.20 | Address | $590.80 |
| Management/Supervisory Personnel | Researching and Processing Costs | | | Hour | |
| Computer Support Specialist | Researching and Processing Costs | | | Hour | |
| Photocopying (i.e. paper copies) | Reproduction Costs | | $0.25 | Page | |
| Paper Copies of Microfiche | Reproduction Costs | | $0.25 | Frame | |
| Duplicate Microfiche | Reproduction Costs | | $0.50 | Microfiche | |
| Compact Disc or DVD | Storage Media Cost | 1 | $50.00 | | $50.00 |
| Direct Costs Only | Transportation Costs | | | | |
| | | | 60 Days Past Due | Past Due Amount: | $640.80 |

**Please make all checks payable to Scottrade Inc.**

**Payment is due immediately!**

**We kindly request the invoice is paid in full.**

**Mail Payment to:**

**Scottrade Inc.**

**Attn: Legal Dept. Beth Vogel**

**P.O. Box 31759**

**St. Louis, MO 63131-0759**

**Thank you for your prompt payment!**



**TD Wealth**
Corporate Actions
77 Bloor Street West, 3rd Floor
Toronto, Ontario M5S 1M2

<u>INVOICE OF MAILING (PAYABLE UPON RECEIPT)</u>

9/23/2016

**LONGWEI PETROLEUM INV**
**HEFFLER CLAIMS GROUP**
**P.O. BOX 58504**
**PHILADELPHIA, PA 19102-8504**
**USA**

Invoice No: R3025

**RE: LONGWEI PETROLEUM INV - CLASS ACTION**

Please be advised that costs incurred for the distribution of material to beneficial shareholders are as follows:

| No. of Pieces Mailed | Postage Rates | Handling Fee<br>Please see note at bottom of<br>Invoice | Totals |
|---|---|---|---|
| 301 | CAD 1.65 | | 496.65 |
| 1 | USA 2.58 | | 2.58 |
| 2 | INT'L 5.35 | | 10.70 |
| TOTAL PIECES 304 | | Min. $15.00, if >15 pcs. then<br>$1.00 per piece | 304.00 |
| | | Sub Total | 813.93 |
| | | HST | + |
| | | Grand Total - in<br>$CAD | **$813.93** |

Kindly issue a cheque and forward your remittance to address below. Please also include a copy of this invoice.

618.25 USD

**TD Waterhouse Canada Inc.**
**77 Bloor St W, 3rd Floor**
**Toronto, ON M5S 1M2**
**Attn: Corporate Actions - Special Processing**

Thank you,

**Mobina Varatharajan**
Team Manager – Corporate Actions - Special Processing

*For any inquiries or additional information please contact* Kenneth.Chui@td.com *or* Yousuf.Ahmed@td.com.

ALL FEES ARE BASED ON NATIONAL POLICY NO.41, SHAREHOLDERS COMMUNICATIONS, $CDN 1.00 PER SET + POSTAGE,
WITH A MINIMUM OF $CDN 15.00 ADDITIONAL + POSTAGE WHEN LESS THAN 15 SETS.
<u>US FEDERAL TAX ID# 98-0092902 (CORPORATION); CDN HST# 899181127</u>

TD Wealth represents the products and services offered by TD Waterhouse Canada Inc. (Member – Canadian Investor Protection Fund), TD Waterhouse Private Investment Counsel Inc., TD Wealth Private Banking (offered by The Toronto-Dominion Bank) and TD Wealth Private Trust (offered by The Canada Trust Company).
® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



INVESTMENT
SERVICES

# Invoice

P.O. BOX 283
St. Cloud, MN 56302

| Date | Invoice # |
|------|-----------|
| 7/19/2016 | 2064 |
| Terms | Due Date |
| Net 30 | 8/18/2016 |

Bill To

HEFFLER CLAIMS GROUP
PO BOX 59028
PHILADELPHIA, PA 19102-9028

| Description | Service Date | Price Each | Amount |
|-------------|--------------|------------|--------|
| Longwei Petroleum, Cusip: 543990782 generated 0 records | | 25.00 | 25.00 |
| Out-of-state sale, exempt from sales tax | | 0.00% | 0.00 |

Please return a copy of the invoice with payment and include
invoice number on check.

Questions - please call 1-320-229-3176
Make checks payable to Cetera Investment Services LLC. - Attn: Accounting

**Total** $25.00

 **BMO** ⩙ **Nesbitt Burns**

BMO Nesbitt Burns Inc.
250 Yonge Street
8th Floor
Toronto, ON M5B 2M8
Fax: 416-552-7951

September 1, 2016

In Re:   Longwei Petroleum Investment Holding Limited
         1515 Market Street, Suite 1700
         Philadelphia, PA 19102
         Email: bwexler@hefflerclaims.com and Mvelasquez@hefflerclaims.com

         Attn: Accounts Payable

Re:      Longwei Petroleum Investment Holding Limited

**Case Code: No. : No.: 13 Civ. 214**

For the period:  September 28, 2010 to January 3, 2013,
inclusive.

Dear Sir/Madame:

A breakdown of our overall cost is as follows:

- IT/Data Retrieval fee = $150.00 * 1 hr = **$150.00**

- Research Fee / IA Distribution fee/ Handling Fee = $75.00 * 3hr = **$225.00**

- Mailing Expenses (ADPIC) = 99 * **$1.65** = **$163.35 (Canadian clients)**

    = 3 * **$5.35** = **$16.05 (International clients)**

We hereby claim, from you a sum of **USD $554.40** and out of pocket expenses for postage.

Please make the cheque payable to BMO NESBITT BURNS INC. and return to the attention of:

**BMO NESBITT BURNS INC.**
**ATTN:  PHUTHORN PENIKETT**
**250 YONGE ST. 8TH FLOOR –Floor changed to 8th Floor**
**TORONTO, ONTARIO**
**M5B 2M8**

Should you have any questions with regard to the above, please do not hesitate to contact the undersigned.

Yours truly,

*♂penikett*

Phuthorn Penikett
Tele: 416-552-7103
Fax:  416-552-7951

J.P. Morgan Clearing Corp.

August 30, 2016

In Re: Longwei Petroleum Inv Hld Ltd. Securities Litigation
c/o Heffler Claims Group
P.O. Box 58820
Philadelphia, PA 19102-8820

We are acknowledging receipt of Longwei Petroleum Inv Hld Ltd. Securities Litigation.

On July 21st, 2016 J.P. Morgan Clearing Corp. forwarded an IFT File with the names and last known addresses of 80 persons and/or entities.

On August 17th, 2016 Heffler Team confirmed receipt of our file.

In the normal course of business J.P. Morgan Clearing Corp. would not have to incur these expenses if it were not for compliance to the court order.

We are forwarding a bill of reimbursement for the cost incurred. The exact billing totals to $40.00, representing:

| | | | | |
|---|---|---|---|---|
| • $.50 | X | 80 | # of names & addresses researched | $40.00 |
| | | | TOTAL: | $40.00 |

Please sign and return the copy of this letter enclosed to acknowledge receipt.

Please Remit Check To:

JPMorgan Chase
4 Chase Metrotech Center
Class Act/Cashiers Dept, 3rd Floor
Brooklyn, NY 11245-0001

Sincerely,
J.P. Morgan Clearing Corp.

John P Fay
Vice President
Transaction Processing Mgr
(302)634 -5696

_____     _____
Date                            Acknowledgement of Receipt -- Position/Title of Signer

August 26, 2016

In reply to: Longwei Petroleum Investment Holding Limited
c/o Heffler Claims

Research Reference #: 21753

To Whom It May Concern:

A list of names and addresses were sent to you on 07/26/2016 for the security listed below for our clients who fit the following research request criteria you specified:

Security: **Longwei Petroleum Investment Holding Limited**
Type: **Common**
Transaction: **Purchased**
Dates: **9/28/10-1/3/13**

Please forward these clients all current Class Action information. Additionally, please find below the research charge. Please make checks payable to Edward Jones and return to the following address within 30 days:

Edward Jones
P O BOX 66563
St Louis MO 63166-6563

**Research Charge Due:**        **$250.00** *($250 per hr x 1)*

Please contact me at (314) 515-6114 with any questions or if you cannot complete this mailing.
Thank you.

Sincerely,

Ginger Stillman
Edward Jones
Corporate Actions & Distributions

 **REGISTERED INVOICE**

REMITTANCE ADDRESS

Wire Transfers - BANK OF AMERICA, New York, NY
FED ABA #: 026 009 593   ACH ABA #: 021 200 339
ACCOUNT #: 000 189 000 775
SWIFT CODE: BOFAUS3N
Email your remittance details to: remittance@broadridge.com

Mail to -   BROADRIDGE ICS
P.O. BOX 416423
BOSTON, MA 02241-6423

SERVICE INQUIRIES (631) - 254-7447
BILLING INQUIRIES (631) - 254-7422

INVOICE TERMS: NET 30 DAYS

## INVOICE FOR THE FOLLOWING EXPENSES PROCESSING

### 133 SHAREOWNER POSITIONS
### OF THE CA INVOICE: LONGWEI PETROLEUM
### FOR REIMBURSABLE REORG CLASS ACTIONS

### JOB INFORMATION

| | |
|---|---|
| **JOB #** | N95827 |
| INVOICE DATE | 08/10/2016 |
| MGMT. CO. # | MC6085 |
| INVOICE # | FR16223039 |
| INVOICE DUE DATE | 09/10/2016 |
| JOB MAIL DATE | 08/05/2016 |

### DETAIL CHARGES

| ITEM | TOTAL CHARGES |
|---|---|
| PROCESSING FEE | 59.40 |
| POSTAGE | 86.09 |
| ENVELOPES/FORMS | .26 |

*See Invoice detail for breakdown of charges.*
*The Processing Fee is primarily for Data Processing (70%)*
*and Material Coordination (30%).*

LONGWEI PETROLEUM SECURITIES LITIGATION
ATTN: CLAIMS ADMINISTRATOR
C/O HEFFLER CLAIMS GROUP
P.O. BOX 58504
PHILADELPHIA         PA 191028504

| | |
|---|---|
| SUB TOTAL | 145.75 |
| PREPAYMENT | ( ) |
| SALES TAX DUE | 1.63 |
| **TOTAL DUE** US$ | 147.38 |

*Past due accounts subject to a 1 1/2 % finance charge per month.*

SEE SALES TAX INFORMATION SHEET FOR DETAILS.
SEE EXPLANATIONS ON THE BACK OF THIS PAGE.

---



REMITTANCE:
Mail to -   BROADRIDGE ICS
P.O. BOX 416423
BOSTON, MA 02241-6423
Wire Transfers - BANK OF AMERICA, New York, NY
FED ABA #: 026 009 593   ACH ABA #: 021 200 339
ACCOUNT #: 000 189 000 775
SWIFT CODE: BOFAUS3N

TERMS: NET 30 DAYS

| MANAGEMENT # | JOB # | INVOICE # | INVOICE DATE | DUE DATE |
|---|---|---|---|---|
| MC6085 | N95827 | FR16223039 | 08/10/2016 | 09/10/2016 |

Total Due This Invoice - US$     147.38

FUND NAME   REIMBURSABLE REORG CLASS ACTIONS

AMOUNT ENCLOSED

Please return this portion with your payment in US dollars.
Include your cusip number on your check made payable to:

**BROADRIDGE**

BRVREG

55555 0000000 231306000805 24090582700 081016 100000014738 8

 **Broadridge**

REGISTERED INVOICE

REMITTANCE ADDRESS

Wire Transfers - BANK OF AMERICA, New York, NY
FED ABA #: 026 009 593   ACH ABA #: 021 200 339
ACCOUNT #: 000 189 000 775
SWIFT CODE: BOFAUS3N
Email your remittance details to: remittance@broadridge.com

Mail to -
BROADRIDGE ICS
P.O. BOX 416423
BOSTON, MA 02241-6423

SERVICE INQUIRIES (631) - 254-7447
BILLING INQUIRIES (631) - 254-7422

INVOICE TERMS: NET 30 DAYS

## INVOICE FOR THE FOLLOWING EXPENSES PROCESSING

### 302 SHAREOWNER POSITIONS
### OF THE CA INVOICE: LONGWEI PETRO.
### FOR REIMBURSABLE REORG CLASS ACTIONS

### JOB INFORMATION

| JOB # | N95497 |
|---|---|
| INVOICE DATE | 08/08/2016 |
| MGMT. CO. # | MC6085 |
| INVOICE # | FR16221009 |
| INVOICE DUE DATE | 09/08/2016 |
| JOB MAIL DATE | 08/02/2016 |

### DETAIL CHARGES

| ITEM | TOTAL CHARGES |
|---|---|
| PROCESSING FEE | 135.45 |
| POSTAGE | 196.59 |
| ENVELOPES/FORMS | 5.74 |
| ADD'L CREDITS & DEBITS | .09 |

*See Invoice detail for breakdown of charges.*
*The Processing Fee is primarily for Data Processing (70%)*
*and Material Coordination (30%).*

LONGWEI PETROLEUM SECURITIES LITIGATION
ATTN: CLAIMS ADMINISTRATOR
C/O HEFFLER CLAIMS GROUP
P.O. BOX 58504
PHILADELPHIA          PA 191028504

*Past due accounts subject to a 1 1/2 % finance charge per month.*

| | |
|---|---|
| SUB TOTAL | 337.87 |
| PREPAYMENT | ( ) |
| SALES TAX DUE | 3.69 |
| **TOTAL DUE** US$ | 341.56 |

SEE SALES TAX INFORMATION SHEET FOR DETAILS.
SEE EXPLANATIONS ON THE BACK OF THIS PAGE.

---

**Broadridge**

REMITTANCE:
Mail to -
BROADRIDGE ICS
P.O. BOX 416423
BOSTON, MA 02241-6423
Wire Transfers - BANK OF AMERICA, New York, NY
FED ABA #: 026 009 593   ACH ABA #: 021 200 339
ACCOUNT #: 000 189 000 775
SWIFT CODE: BOFAUS3N

TERMS: NET 30 DAYS

| MANAGEMENT # | JOB # | INVOICE # | INVOICE DATE | DUE DATE |
|---|---|---|---|---|
| MC6085 | N95497 | FR16221009 | 08/08/2016 | 09/08/2016 |

Total Due This Invoice - US$        341.56

FUND NAME   REIMBURSABLE REORG CLASS ACTIONS

AMOUNT ENCLOSED

Please return this portion with your payment in US dollars.
Include your cusip number on your check made payable to:

**BROADRIDGE**

BRVREG

55555 0000000 231306000805 24090549700 080816 100000034156 2



Oppenheimer & Co. Inc.
85 Broad Street
New York, NY 10004

Transacts Business on all Principal Exchanges

July 13, 2016

Longwei Petroleum Securities Litigation
c/o Heffler Claims Group
PO Box 58504
Philadelphia, PA 19102-8504

**RE:** **Longwei Petroleum Holding Ltd. Securities Litigation**
        **C.A. No. 13 Civ. 214**

Dear Sir/Madam:

The attached list of names is those accounts taken from our records reflecting positions with Oppenheimer & Co. Inc., during the period you have requested.

Even though these are positions reflected in our system, the original registration may have been in "street name" or in client name.

This list does not necessarily mean that they are a member of the class as defined, but they should receive notification for their determination.

In providing the information herein requested, we expect that it will be handled in the strictest of confidence, used only for the purpose requested, and will not be distributed to any other party for any reason.

Please send to the enclosed names, the notification of the class action. At this time, we also request that you forward the required **Research Fee of $25.00**, payable to **"Oppenheimer & Co. Inc."**. Thanking you in advance.

Very truly yours,
Oppenheimer & Co. Inc.


By: *Susan Stoia*
Susan Stoia

Ss
Enc.



Corporate Actions Phoenix
2423 E Lincoln Dr
Phoenix, AZ 85016
Tel (800) 323-4332

**INVOICE**

**BILL TO:**

Claims Administrator
Class Action Administration, Inc.
Heffler Claims Group
1515 Market Street, Suite 1700
Philadelphia, PA 19102-1926

| Description | # Names and Addresses | Date | Amount | |
|---|---|---|---|---|
| List of names and addresses for Charles Schwab & Co., Inc. clients. Litigation: **Longwei Petroleum**. | 1886 | 7/27/2016 | $122.59 | |
| | | | Administration Fee | $100.00 |
| | | | **Total Due** | **$222.59** |

**Please make all checks payable to:**
Charles Schwab /Acct. 7935-1640

**Mail to:**
**Charles Schwab & Co., Inc.**
**2423 E. Lincoln Dr.**
**Phoenix, AZ 85016**
**Attn: Jen Curtin 01-1B587**

| Fee Scale | |
|---|---|
| Administration Fee ➜ | $100 Flat Fee |
| Each Name Provided ➜ | $0.065 per name and address |

Charles Schwab & Co., Inc. Member SIPC.

Goldman, Sachs & Co. | 30 Hudson Street | Jersey City, New Jersey 07302 | 212-902-1000



December 14, 2016

**Heffler, Radetich & Saitta L.L.P.**
1515 Market Street Suite 1700
Philadelphia, PA 19102

|  |  | **Longwei Petroleum** |
|--|--|--|
| Ref #: | **963851** | **Investment** |

To whom it may concern,

| | | | we | | notices to clients |
|--|--|--|--|--|--|
| Please be advised that on | | September 27, 2016 | mailed | 219 | identified |
| during the class period | Sept 28, 2010 | through | Jan 3, 2013 | | |

Please find the cost breakdown listed by function below:

| | |
|--|--|
| Printing Cost | $8.13 |
| Processing | $251.33 |
| Postage | $154.97 |
| | |
| Total Reimbursement | $414.43 |

Please send the reimbursement check, made payable to **Goldman, Sachs & Co.**, in the amount
of         $414.43         to the attention of Proxy Team, 4th Floor at the above address. Please
include the reference number above on all correspondence.

Sincerely,
Class Action
Team
(212) 934
1276

 **CIBC**

Class Actions
22 Front St West, 7th Floor
Toronto, ON Canada
M5J 2W5

# INVOICE

INVOICE # 2016-09-06A
DATE: SEPTEMBER 06, 2016

Longwei Petroleum Securities Litigation
c/o Heffler Claims Group
P.O. Box 58504
Philadelphia, PA 19102-8504
USA

For:
Out-of-pocket costs and expenses incurred by
CIBC World Markets Inc. in forwarding
Longwei Petroleum Investment Holding Limited
notices to our eligible clients.

Attention: Expense Administrator

Dear Sirs,

Please reimburse the amount noted below for the costs and expenses reasonably incurred by CIBC World Markets Inc. in forwarding the Longwei Petroleum Investment Holding Limited, information and Claim Forms to our eligible clients.

Expenses include:

Research and Processing
Identifying accounts, obtaining names and addresses
French translation and Printing letters/ stuffing envelopes/labeling/postage         $ USD 553.39
Please remit the above payment amount in US Dollars to:

CIBC World Markets
22 Front St West, 7th Floor
Toronto, ON M5J 2W5  Canada
Attention: Class Actions

If further information is required regarding this claim, please contact the undersigned at mailbox.classactions@cibc.com
by phone at (416) 956-3042 or by fax at 416-594-1910.

Regards,

Wendy Avila
CIBC World Markets, Reorganization Department