# Exhibit A



April 3, 2017

Stuart J Guber  
Faruqi & Faruqi  
101 Greenwood Avenue, Suite 600  
Jenkintown, PA 19046

Invoice: #30874-2017002

Re: **Longwei Petroleum Limited Holding Securities Litigation**

Invoice for administration services through February 28, 2017:

| | |
|---|---:|
| Monthly Website maintenance, including hosting | $175.00 |
| Hard Copy Claim Forms (13 @ $7.95) | 103.35 |
| Validation of Submitted Claims (16 hours @ $75) | 1,200.00 |
| Scanning/Images of Documents (1 @ $0.15) | 0.15 |
| Mail Handling Charges (8 @ $0.15) | 1.20 |
| Data/Image Storage (1 month @ $200) | 200.00 |
| Skip-Tracing | 130.21 |
| Fees: | |
|    Partner (1 hour @ $230) | 230.00 |
|    Project Management (1.25 hours @ $150) | 187.50 |
|    Staff – blended rates (1 hour @ $85) | 85.00 |
|    Technical Consulting – blended rates (1 hour @ $150) | 150.00 |
| Out of pocket expenses: | |
|    Telephone | 155.00 |
|    Technology | 200.00 |
| **Amount Due:** | **$2,817.41** |

Please submit payments to:  
Heffler Claims Group  
1515 Market Street, Suite 1700  
Philadelphia, PA 19102

If you wish to make payment by wire please send an email to the  
Project Manager requesting the wire instructions



# Heffler Claims Group

April 24, 2017

Stuart J Guber  
Faruqi & Faruqi  
101 Greenwood Avenue, Suite 600  
Jenkintown, PA 19046

Invoice: #30874-2017003

Re:   **Longwei Petroleum Limited Holding Securities Litigation**

Invoice for administration services through March 31, 2017:

| | |
|---|---:|
| Form Letter Correspondence (1 @ $5) | $5.00 |
| Monthly Website maintenance, including hosting | 175.00 |
| Send Form Deficiency/Rejection Letters (721 @ $5) | 3,605.00 |
| Data/Image Storage (1 month @ $200) | 200.00 |
| Recording/Reconciling SFA Activity (4 months @ $100) | 400.00 |
| Preparation of QSF Annual Federal Form 1120-SF | 2,000.00 |
| **Fees:** | |
| Partner (2.50 hour @ $230) | 575.00 |
| Project Management (14.50 hours @ $150) | 2,175.00 |
| Staff – blended rates (2.25 hour @ $85) | 191.25 |
| Technical Consulting – blended rates (4.50 hour @ $150) | 675.00 |
| **Out of pocket expenses:** | |
| Postage/Courier | 332.77 |
| Broker Bills | 204.39 |
| Photocopies, Telephone, Technology, Supplies, etc. | 368.25 |
| **Amount Due:** | **$10,906.66** |

Please submit payments to:  
Heffler Claims Group  
1515 Market Street, Suite 1700  
Philadelphia, PA 19102

If you wish to make payment by wire please send an email to the  
Project Manager requesting the wire instructions

1515 Market Street, Suite 1700 ▪ Philadelphia, PA 19102 ▪ 215.665.8870 ▪ Fax 215.665.0613

California | New Jersey | New York | Oklahoma | Oregon

www.HefflerClaims.com

Re: Class Actions Mailing Invoice



Dear Sir/Madam,

Brown Brothers Harriman & Co. incurred **postage and envelope** expenses in regards to mailing class action material to our clients. Certain beneficial owners of Brown Brothers Harriman & Co. have directed us NOT to release their names and addresses to third parties. Therefore Brown Brothers Harriman & Co. is invoicing for the expenses of postage, both foreign and domestic, and envelope costs.

| Invoice No: | 688 | | | | | | |
|---|---|---|---|---|---|---|---|
| Billing Date | 10/25/2016 | | | | | | |
| **Class Actions Mailing Invoice** | | | | | | | |
| Invoice Request # | 1 | | | | | | |
| c/o Heffler Claims Group | | | | | | | |
| 1515 Market Street | | | | | | | |
| Suite 1700 | | | | | | | |
| Philadelphia, PA 19102-9057 | | | | | | | |
| **Description of Charges** | | Envelopes Mailed | | Envelopes | Postage | | Total |
| | | | | | U.S. | Foreign | |
| LONGWEI PETROLEUM INVESTMENT | | | | | | | |
| 13 CIV 214 | | 58 | | $ 5.80 | $ 24.59 | $ 174.00 | $ 204.39 |
| | | | | | | Total Amount Due | $ 204.39 |

Please, direct any questions with respect to this invoice to the Class Actions Dept 'ca.class.actions@bbh.com'

Please submit the attached invoice along with payment to:

Brown Brothers Harriman & Co.
Class Action Department
Harborside Financial Center,
1150 Plaza Five
Jersey City NJ 07311

Kind Regards,

Dorota Malkiewicz
Class Actions Department
Brown Brothers Harriman & Co,
CA.CLASS.ACTIONS@BBH.COM
201-418-6097