UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
: 13 Civ. 214 (RMB)(RLE)
:
In re: LONGWEI PETROLEUM INVESTMENT :
HOLDING LIMITED SECURITIES : **ORDER**
LITIGATION :
:
:
:
:
------------------------------------------------------------X

      The Court, having considered all papers filed and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

      Plaintiffs' Motion, dated March 9, 2022, for an order directing *cy pres* distribution of residual settlement funds is GRANTED. The remaining funds of $4,111.66 are hereby directed to be donated as a charitable contribution to the Investor Protection Trust.

      The Clerk of Court is respectfully requested to close this case.

Dated: New York, New York
       March 7, 2023

                                       **RICHARD M. BERMAN**
                                            **U.S.D.J.**